## AFFIDAVIT OF MARK STORK GEORGE, M.D

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

I, MARK S. GEORGE, after being duly sworn, do state as follows:

1.  My name is Mark Stork George.  I am the Director of the Brain Stimulation Laboratory at Medical University of South Carolina (MUSC) in Charleston, South Carolina, Director of the Specialty Division, MUSC Psychiatry Department, University Distinguished Professor, Departments of Psychiatry, Radiology and Neurology at MUSC, Adjunct Professor of Psychology, College of Liberal Arts at the University of South Carolina, Statewide Co-director and MUSC Director, SC Statewide Brain Imaging Center of Excellence (BICOEE) and Staff Psychiatrist and Director, Psychiatric Neuroimaging, Ralph H. Johnson VA Medical Center, Charleston, SC.

2.  I am board certified by the American board of Psychiatry and Neurology for Neurology and Psychiatry.

3.  I have extensive experience in these fields and, particularly, the developing technologies in these fields as their usage expands.

4.  I have developed and used the technology of functional imaging to discover that specific brain regions change activity during normal emotion.

1

5.    In 1995, I built the functional neuroimaging division and brain stimulation

laboratories at MUSC, which has grown into the MUSC Center for Advance

Imaging Research, now part of the SC Brain Imaging Center of Excellence.

6.    I pioneered treatments for resistant depression, which were FDA approved in

~~2006~~ 8 Mar, and used MRI imaging to understand some of the effects.

7.    I am a world expert in brain stimulation, depression, and am the editor-in-chief of

a new journal I have launched with Elsevier in 2008, *Brain Stimulation: Basic,*

*Translation and Clinical Research in Neuromodulation.*

8.    I sit on several editorial review boards and NIH study sections, have published

over 300 scientific articles or book chapters, have eight patents, and have written

or edited 6 books.  Further details of my work can be found in my current

curriculum vitae, hereto attached as Exhibit A.

9.    I developed the underlying methods and procedures used in fMRI testing for truth

verification.  These methods have now been widely adopted by the neuroscience

community, including using this technology for disease prediction.

10.    I have volunteered to submit this affidavit without cost.  I am financially

independent of Cephos Corp. and will not gain monetarily by the development of

fMRI technology for truth verification.  I volunteered to submit this affidavit

because I believe that fMRI technology for truth verification is a credible, reliable

and valuable scientific contribution.

*MUSC holds a portion of the Cephos patent portfolio. As an MUSC investigator on this patent, I would get 50% of the MUSC royalty, which is only nominal to begin with.*

2

11.    As part of my expertise, I am intricately familiar with the field of fMRI testing and analysis. I base all of the following opinions and observations on my education, experience, knowledge, specialized skill and expertise.

12.    I have conducted tests, reviewed data, and analyzed the research to produce a conclusion that fMRI testing for purposes of truth detection is reliable, repeatable, testable, the error rates are quantifiable, and the technology has been peer reviewed and published.

13.    It is my opinion that the general principles and theories of fMRI testing for purposes of truth detection are reliable and valid, and that the testing produces reliable and repeatable results.

14.    It is my opinion that the theory, method and procedures underlying the findings in fMRI testing for truth verification are scientifically sound, have been confirmed in controlled laboratory setting and are credible.

15.    It is my opinion that the methodology fMRI testing for truth detection has been tested and is capable of being retested.

16.    The fMRI technology is capable of being tested because the procedure is repeatable and the results can be validated, at least in the clinical setting. Any number of subjects can be submitted to precisely the same technology, and results analyzed by a single computer algorithm.

17.    The fMRI questions are presented to the subject on a computer screen and not by a human interviewer, in random order. They are then interpreted by a computer algorithm without human interpretation of the results. For quality control

purposes, the results are then checked by a qualified, educated, and trained specialist.

18.    Since the results are interpreted by a computer, the fMRI is not susceptible to confirmation bias. The computer programs used in fMRI testing for truth verification are well-tested.  A well-tested computer program will interpret results more reliably than a single human practitioner.

19.    The fMRI testing for purposes of truth detection measures which brain regions the subject uses to answer a question.  This highly scientific process of identification has been rigorously tested time and time again, independent of any type of litigation, strictly within the constructs of science.

20.    The fMRI testing for truth verification has been subjected to peer review and publication, published in scholarly journals in more than twenty instances, with a dramatic increase in publication since 2006 as the technology continues to evolve, improve, and be reviewed.

21.    The science that underlies fMRI testing for truth verification has been subjected to rigorous peer-evaluation by the larger scientific community, which occurs post-publication and is ongoing.

22.    Multiple fMRI studies have produced quantifiable error rates for determining whether a subject was telling the truth or lying.  The computerization component of fMRI testing allows standardization to occur, including the presentation of questions, the speed at which they are administered, and the timing of the fMRI

4

imaging which can all be consistently administered, monitored, and analyzed by computer.

23.     This fMRI technology is used extensively at the highest levels of various medical research fields, and like DNA evidence, has multiple aspects of application and use.  Similarly, like the extensive publications on DNA matching, and the procedures underlying DNA matching, fMRI testing for truth verification has been exposed to the public through submission of underlying data and fMRI testing for truth verification results have been  published and critiqued in peer-reviewed articles.

Further, your Affiant saith not.

DATED this **22** day of *March* _____, 2010.

_____
MARK S. GEORGE, M.D.

SWORN TO AND SUBSCRIBED BEFORE ME this 22 day of _____, 2010.

_____
NOTARY PUBLIC

My Commission Expires:

*July 14, 2015*

5

**Curriculum Vitae**

**MARK STORK GEORGE, M.D.**

**OFFICE ADDRESS:**  Room 502 North, Department of Psychiatry
MUSC, IOP, 67 President Street
Charleston, SC 29425-0720
Telephone: (843) 876-5142
FAX: (843) 792-5702
E-mail: georgem@musc.edu

**DATE AND PLACE OF BIRTH:** March 17, 1958, Columbia, South Carolina

**PROFESSIONAL LICENSURE**:

Diplomate, Neurology, (Board Certification #36575), American Board of Psychiatry and Neurology
(November, 1992).

Diplomate, Psychiatry, (Board Certification #38811), American Board of Psychiatry and Neurology
(January, 1994).

South Carolina State Board of Medical Examiners #13093

Limited License, General Medical Council, United Kingdom, (1990-1991)

**MARITAL/FAMILY STATUS:**

Married to Dr. Eloise D. Bradham, anesthesiologist, 5/24/86
Daughter, Laura Jane George, born 4/30/94
Son, Daniel Robert George, born 6/03/97

**EDUCATION:**

| | |
|---|---|
| 1980 | **A.B.** (1980) (Philosophy, cum laude), Davidson College, Davidson, NC |
| 1980 - 1981 | South Carolina College (The Honors College), University of South Carolina, Columbia, S.C. (Pre-medical courses in biology, physics, chemistry) |
| 1985 | **M.D.** (1985) Medical University of South Carolina (MUSC), Charleston, SC |

Last Modified January 22, 2010

Text Summary of Career:

   As an undergraduate student in philosophy at Davidson College in Davidson, NC, Dr. George first began studying the relationship between mind and brain, or brain/behavior relationships. He has continued this interest throughout his career with a focus on using brain imaging and brain stimulation to understand depression and devise new treatments.

   He received his medical degree from the Medical University of South Carolina in Charleston in 1985, where he continued with dual residencies in both neurology and psychiatry. He is board certified in both areas. Following his residency training he worked for one year (1990-91) as a Visiting Research Fellow in the Raymond Way Neuropsychiatry Research Group at the Institute of Neurology, Queen Square, London, England. During his fellowship he wrote one of the first textbooks in the new area of brain activation and imaging.

   He then moved to Washington, DC, working with Dr. Robert Post in the Biological Psychiatry Branch of the Intramural National Institute of Mental Health (NIMH). During his 4 years at NIMH he was one of the first to use functional imaging (particularly oxygen PET) and discovered that specific brain regions change activity during normal emotions. He then started using imaging to understand brain changes that occur in depression and mania, a quest that he and many others are still pursuing. This imaging work directly led to his pioneering use of a non-invasive brain stimulation method, transcranial magnetic stimulation (TMS), as a probe of neuronal circuits regulating mood, and to clinical trials using TMS as an antidepressant. In 1993 while at the NIMH, he discovered that daily prefrontal rTMS over several weeks could treat depression and ever since he has worked to grow the science of TMS, both in terms of how it works in the brain, and in critically evaluating its therapeutic applications, especially in the area of treating depression. This was FDA approved in October, 2008. He has completed the pivotal study in this area with NIH funding and is now investigating its effectiveness in the VA population through a VA cooperative study.

   In 1995 he moved back to Charleston and built the functional neuroimaging division and brain stimulation laboratories. This imaging group has grown into the MUSC Center for Advanced Imaging Research, which is now part of the SC Brain Imaging Center of Excellence. He continues to use imaging (particularly functional MRI) and non-invasive stimulation (TMS, or VNS), either separately or more recently in combination, to understand the brain regions involved in regulating emotion in health and disease. In June 1998 at MUSC, he also helped pioneer another new treatment for resistant depression, vagus nerve stimulation (VNS). This was FDA approved in 2006. He and his group have used MRI imaging to understand VNS brain effects.

   He is a world expert in brain stimulation, and depression, and is the editor-in-chief of a new journal he launched with Elsevier in 2008 called, *Brain Stimulation: Basic, Translation and Clinical Research in Neuromodulation*. He has been continuously funded by NIH and other funding agencies since his fellowships. He has received both a NARSAD Young Investigator and Independent Investigator Award to pursue TMS research in depression. He has received numerous international awards including the NARSAD Klerman Award (2000), NARSAD Falcone Award (2008) and the Lifetime Achievement Award (2007) given by the World Federation of Societies of Biological Psychiatry (WFSBP). In 2009 *US News and World Report* named him one of 14 'medical pioneers who are not holding back'. He is on several editorial review boards and NIH study sections, has published over 300 scientific articles or book chapters, has 8 patents, and has written or edited 6 books.

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 2000 - present | University Distinguished Professor (Awarded by MUSC Board of Trustees, 9/01), Departments of Psychiatry, Radiology and Neurology, Medical University of South Carolina (MUSC) (With tenure, 1997). |
| 2000 – present | Director, Specialty Division, MUSC Psychiatry Department |
| 1996 - present | Director, Brain Stimulation Laboratory, MUSC |
| 2002- present | Adjunct Professor of Psychology, College of Liberal Arts, University of South Carolina |
| 2003- present | Statewide Co-director and MUSC Director, SC Statewide Brain Imaging Center of Excellence (BICOEE) |
| 1996 – 2004, 2009-present | Staff Psychiatrist and Director, Psychiatric Neuroimaging, Ralph H. Johnson VA Medical Center, Charleston |
| 2000 - 2008 | Director, MUSC Center for Advanced Imaging Research (CAIR) |
| 1999 - 2000 | Professor, Departments of Psychiatry, Radiology and Neurology, MUSC |
| 1995 - 2000 | Director, Functional Neuroimaging Research Division, Psychiatry Department, MUSC. |
| 1995 - 1998 | Associate Professor, Departments of Psychiatry, Radiology and Neurology, MUSC |
| 1995 - 1997 | Adjunct Professor/ Visiting Scientist, Biological Psychiatry Branch, NIMH. |
| 1991 - 1995 | Senior Staff Fellow, Biological Psychiatry Branch, National Institute of Mental Health, Bethesda, MD |
| 1990 - 1991 | Visiting Research Fellow, Raymond Way Neuropsychiatry Research Group, Institute of Neurology, Queen Square, London, England |
| 1990 - 1991 | Senior Registrar (Honorary), The National Hospital for Neurology and Neurosurgery, Queen Square, London |
| 1990 - 1991 | Trainee, Institute of Nuclear Medicine, University College of London and Middlesex School of Medicine, London |
| 1989 - 1991 | Clinical Instructor, Neurology and Psychiatry, MUSC |
| 1989 - 1990 | Chief Resident, Neurology, MUSC |
| 1986 - 1990 | Resident, Combined Neurology and Psychiatry Program, MUSC |
| 1985 - 1986 | Intern (Medicine, Neurology and Psychiatry), MUSC |

**SUPPLEMENTAL TRAINING:**

Advanced Cardiac Life Support - approved, Charleston, S.C., September, 1989.
Nuclear Medicine 'Core of Knowledge' - Royal College of Nuclear Medicine, Course Given at the Royal Free    Hospital, London, October, 1990.
Statistics 500M - Statistics for Biomedical Scientists, Fall, 1991, Foundation for Advanced Education in the Sciences, Inc.(FAES), NIH    Biochemistry 533M - The Molecular and Cellular Basis of Intercellular   Communication, Fall, 1992, FAES, NIH
Computers 319 - Introduction to UNIX, Fall, 1992, FAES, NIH

**OTHER WORK EXPERIENCE:**

| | |
|---|---|
| 1982 - 1983 | (Summers)  Salmon Fisherman based in Kodiak, Alaska |
| 1980 - 1981 | Graduate Assistant, USC Philosophy Department |
| 1976 - 1979 | Staff Writer for *The Davidson Update*, Davidson NC |
| 1977 - 1979 | (Summers) Staff Writer for *The State* Newspaper, Columbia SC |
| 1976 | (Summer) Runway Striper, The S.C. Aeronautics Commission |

**MEMBERSHIPS, PROFESSIONAL ORGANIZATIONS:**
(p= past)

Alpha Omega Alpha (elected 3/00)
Academy of Psychosomatic Medicine (p), American Academy of Neurology (p)
American Association for the Advancement of Science
American Association for the Study of Headache (p)
American College of Neuropsychopharmacology (ACNP) (Full Member, 1999)
American Medical Association,
American Neuropsychiatric Association (p)
American Psychiatric Association (Distinguished Fellow, 2008)
Association for Academic Psychiatry (p),
Association for Convulsive Therapy (ACT),
Behavioral Neurology Society (p), British Neuropsychiatry Association (visiting)
Charleston County Medical Society,
Collegium Internationale Neuro-psychopharmacologicum (CINP),
International Society for Affective Disorders (ISAD),
International Society for the History of Neurosciences (p)
International Society for Neuroimaging in Psychiatry,
International Society for Transcranial Stimulation (ISTS),
Society of Biological Psychiatry
Society for Neuroscience,
South Carolina Medical Society
South Carolina Psychiatric Association,
Southern Association for Research in Psychiatry (p)
World Federation of Societies of Biological Psychiatry

**SCIENTIFIC, EDITORIAL AND MEDICAL ADVISORY BOARDS:**

Member, American Psychiatric Association, Council on Research,
    Committee on Research Training (1994-2001).
Member, American Psychiatric Association, Council on Research, Committee on ECT and other
    Electromagnetic Brain Treatments  (2001- present).
Chairperson, The rTMS Depression Consortium (6/96 - present)
The International Autistic Research Organisation (U.K.)(1991 - present).
Co-Chair, WFSBP Task Force on Brain Stimulation Treatments (2006-present).


Editor, North America, Human Psychopharmacology: Clinical and Experimental (1995 - 1999).
Editor in Chief – Brain Stimulation: Basic, Translational and Clinical Research in Neuromodulation
(Elsevier, launched 2008)

Guest Editor:
    Psychiatric Annals, 1994: 24,12
     'The Emerging Neuroanatomy of Depression'
    CNS Spectrums 1997:2
    'Transcranial Magnetic Stimulation - A Neuropsychiatric Tool for the 21st
    Century'
    Primary Psychiatry 1998: 5
    "Advances in Brain Imaging: What the Primary Psychiatrist Needs to Know"
    Epilepsy and Behavior, 2001
    "Neurostimulation and Neuropsychiatric Disorders"
    Journal of ECT, 2002
    "Advances in Brain Stimulation"

Editorial Board:
    *Biological Psychiatry (p)*
    *Current Review of Mood Disorders*
    *CNS Spectrums: The International Journal of Neuropsychiatric Medicine*

*Depression and Anxiety*
*Neuroscience Imaging*

Industry Advisory Boards:
> Cyberonics Depression Scientific Advisory Board (6/01 - 6/08)
> Cyberonics Neuroscience Advisory Board (11/01 – 6/08)
> Neuronetics Depression Advisory Board (9/01 – present)
> Depression Clinical Trial Steering Committee Member, Neuronetics (2003-present)
> DSMB member – ASPECT Medical Pivotal Trial      (2006-present)
> Neuropace – Scientific Advisory Board
> Cephos – Unpaid Consultant

## REVIEWER, JOURNALS:

American Journal of Psychiatry; Anxiety and Depression; Archives of General Psychiatry; Brain; Biological Psychiatry; Bipolar Disorders: An International Journal of Psychiatry and Neurosciences; Canadian Review of Neuroscience; Cerebral Cortex; Cognitive and Behavioral Neurology; Convulsive Therapy; Cortex; Depression and Anxiety; Human Brain Mapping; Human Psychopharmacology: Clinical and Experimental; International Journal of Neuropsychopharmacology; Clinical Neurophysiology; Journal of Abnormal Psychology; Journal of Affective Disorders; Journal of Nervous and Mental Disease; Journal of Neuroimaging; Journal of Neuropsychiatry and Clinical Neurosciences; Journal of the American Medical Association (JAMA); Journal of ECT; Journal of Theoretical Biology; Neuroimage; Neurology; Neuropsychopharmacology; Neuropsychiatry, Neuropsychology and Behavioral Neurology; NeuroReport; Neuroscience; Neuroscience Methods; Pediatrics; Psychiatry Research; Psychological Medicine; Psychosomatics; Radiology; Science; Schizophrenia Research; The European Journal of Neuroscience; Trends in Cognitive Neuroscience.

## REVIEWER, GRANTS:

Ad Hoc Reviewer: The Ontario Mental Health Foundation, VA Merit Reviews, National Institute on Drug Abuse, National Institute of Mental Health, NINDS, National Science Foundation, Human Frontiers in Science Program, Canada Medical Research Council, UK MRC.
Currently on NIH Neurotechnology Study Section.

## REVIEWER, COLLEGES AND TRAINING PROGRAMS:

December, 2003 – Triennial External Peer Review – School of Behavioral and Cognitive Neurosciences, University of Groningen, Holland.

## PUBLICATIONS

### Quick Summary 1/21/2010
### 304 articles or letters found in Scopus, 5591 citations,
### H-index 50 (50 articles have been cited at least 50 times)

**Letters:**

1. **George MS**: Neuroscience and Psychiatry. Am J Psychiatry 1987;   144(8):1103.
2. **George MS**, Melvin JA, Mossman D: Mental illness and creativity. Am J Psychiatry 1988; 145(8):908.
3. Lydiard RB, **George MS**: Fluoxetine-related anorgasmy. So Med J 1989; 82(7):933-34.
4. **George MS**, Brewerton TD, Cochrane C: Trichotillomania and bulimia. N Engl J Med 1990; 322(7):470-471.
5. **George MS**, Pickett JB, Kohli H, Allison MA, Pritchard P: Paroxysmal Dystonic Reflex Choreoathetosis after minor closed head injury. The Lancet 1990; 336:1134-1135.
6. **George MS**, Kellner CH, Scott T, Malcolm R: Septum Pellucidum in schizophrenia (reply). J Neuropsychiatry Clin Neurosci 1990; 2(4):462.
7. Kellner CH, Burns C, Bernstein C, Monroe R, **George MS**: Safe administration of ECT in a patient with a calcified frontal mass.  J Neuropsychiatry Clin Neurosci 1991; 3(3):353-354.
8. **George MS**, Post RM, Ketter T, Marengall L, Pazzaglia P: Alpidem as an antidepressant: clarification.  J Clin Psychiatry, 1992; 53(2):68.
9. Kellner CH, **George MS**, Burns C, Bernstein H, Rubey R, Custer J, Brewerton T: Human equivalent of canine acral lick. The Lancet 1992; 339:553.
10. **George MS**, Trimble MR: Dystonia associated with fluvoxamine.  J Clin Psychopharm 1993; 13:220-221.
11. **George MS**, Trimble MR: A fluvoxamine-induced frontal lobe syndrome in an obsessive compulsive patient. J Clin Psychiatry 1992; 53(10):379.
12. Brewerton TD, **George MS**, Harden RN: Migraine and the eating disorders. Psychiatry Res 1993; 46;201-202.
13. Ketter TA, Andreason PJ, **George MS**, Lee C, Gill DS, Parekh PI, Willis MW, Herscovitch P, Post RM: Reply to Sarvay SM re: Procaine and Anterior Paralimbic CBF changes. Archives of General Psychiatry 1997:54, 8:764-765.
14. **George MS**, Wassermann EM, Williams WE, Kimbrell TA, Little JT, Hallett M, Post RM: Reply to re: Mood Improvements Following Daily Left Prefrontal Repetitive Transcranial Magnetic Stimulation in Patients with Depression. American Journal of Psychiatry 1999: 156,4: 669-670.
15. Anton R, **George MS**, Myrick H, Drobes D: Reply to re: Activation of Prefrontal Cortex and Anterior Thalamus in Alcoholic Subjects on Exposure to Alcohol-Specific Cues. Archives of General Psychiatry 2001.
16. Kimbrell TA, Ketter TA, **George MS,** Little JT, Benson BE, Willis MW, Herscovitch P, Post RM: Reply to 'Regional cerebral glucose utilization in patients with a range of severities of unipolar depression. Biol Psychiatry 2002; 51 (3): 237-52.
17. **George MS,** Rush AJ: Reply to 'VNS acute and chronic studies in depression.' Biol Psychiatry 2006; 58(5):364-73.
18. Bodenlos JS, Borckardt JJ, **George MS**. Vagus nerve stimulation and food cravings: A response to Gibson and Mohiyeddini. Appetite. Jul 2008;51(1):226-228.
19. O'Reardon JP, Solvason HB, Janicak PG, Sampson S, Isenberg KE, Nahas Z, McDonald WM, Avery D, Fitzgerald PB, Loo C, Demitrack MA, **George MS**, Sackeim HA. Reply regarding "efficacy and safety of transcranial magnetic stimulation in the acute treatment of major depression: a multisite randomized controlled trial". Biol Psychiatry, 2010 Jan 15;67(2):e15-7. Epub

**Articles:**

**1987**
1. **George MS**, Taylor R, Seay AR, Hogan EL: Sydenham's Chorea: A disease on the increase? J South Carolina Med Assoc 1987;83:523-527.

**1989**

2.   **George MS**, Kellner CH, Fossey M:  Obsessive-compulsive disorder in a patient with MS. J Nerv Ment Dis 1989;177:304-5.
3.   **George MS**, Scott T, Kellner CK, Malcolm R: Abnormalities of the septum pellucidum in schizophrenia: Two case reports and a discussion. J Neuropsychiatry Clin Neurosci 1989;1:385-390.
4.   **George MS**, Lydiard RB: Case report: Inability to walk as a symptom of panic disorder. Neuropsychiatry, Neuropsychol Behav Neurol 1989;2(3):219-223.

**1990**

5.   **George MS**:  Doing a combined residency. JAMA 1990;263:1628.
6.   **George MS**, Mcleod-Bryant S, Lydiard RB, Kurent JE, Zealberg J: Panic attacks and agoraphobia associated with a giant right cerebral arteriovenous malformation.  Neuropsychiatry, Neuropsychol Behav Neurol 1990;3(3):206-212.
7.   **George MS**, Gross JA, Hogan EL, Kurent J, Plyler J, Perot PL: Establishing brain death in South Carolina: A clinician's guide. J South Carolina Med Assoc 1990;86(7):385-388.
8.   Brewerton TD, **George MS**:  The seasonal variation of migraine.  Headache 1990;30(8):511-513.

**1991**

9.   **George MS**: Establishing brain death: The potential role of nuclear medicine in the search for a reliable confirmatory test. Eur J Nuclear Med 1991;18:75-77.
10.  Ring HA, **George MS**, Costa DC, Ell PJ: The use of neuropsychiatric activation procedures with single photon emission tomography: a review. Eur J Nuclear Med 1991;18:133-141.
11.  **George MS**: Obsessive Compulsive Disorder. Int Clin Psychopharmacol 1991;6:57S-68S.
12.  **George MS**, Lydiard RB: Speed of onset of action of the newer antidepressants: fluoxetine and buproprion. Int Clin Psychopharmacol, 1991, 6:209-217.

**1992**

13.  **George MS**, Melvin JA, Kellner CH: Obsessive-compulsive symptoms in neurologic disease: A review.  Behav Neurol 1992;5:19-30.
14.  **George MS**, Trimble MR: The changing 19th century view of epilepsy as reflected in the West Riding Lunatic Asylum Medical Reports, 1871-1877, vols 1-6. Neurology 1992;42:246-249.
15.  **George MS**: Early theories about the etiology of cerebral palsy: William Little and Sigmund Freud. J Hist Neurosci 1992;1:29-37.
16.  **George MS**, Ballenger JC: The neuroanatomy of panic disorder: The role of the right parahippocampal region. J Anxiety Disord, 1992;6:181-188.
17.  **George MS**, Ring HA, Costa DC, Kouris K, Ell PJ: Demonstration of Human Motor Cortex Activity Using SPECT.  J Neural Transm, 1992, 87,3:231-236.
18.  **George MS**, Costa DC, Kouris K, Ring HA, Ell PJ: Cerebral Blood Flow Abnormalities in Adults with Infantile Autism. J Nerv Ment Dis, 1992, 180, 7:413-417.
19.  Ring HA, Trimble MR, Costa DC, **George MS**, Verhoeff P, Ell PJ: Effect of vigabatrin on striatal dopamine receptors: Evidence in humans for interactions of GABA and dopamine systems. J Neurol, Neurosurg, Psychiatry, 1992, 55:758-761.
20.  **George MS**, Trimble MR, Costa DC, Robertson MM, Ell PJ: Elevated Frontal Cerebral Blood Flow in Gilles de la Tourette Syndrome (GTS): A [99]Tcm-HMPAO SPECT Study. Psychiatry Research - Neuroimaging, 1992, 45:143-151.

**1993**

21.  **George MS**, Trimble MR, Ring HA, Sallee FR, Robertson MM: Obsessions in Obsessive-Compulsive Disorder (OCD) With and Without Gilles de la Tourette Syndrome (GTS). Am J Psychiatry, 1993, 150: 93-97.
22.  **George MS**: A New Look at Obsessive-Compulsive Disorder and Gilles de la Tourette Syndrome. Clinical Advances in the Treatment of Psychiatric Disorders., 1993, 7:1-12.*
23.  Brewerton TD, **George MS**: Is Migraine Related to the Eating Disorders?  Int J Eating Disord 1993, 14:75-79.
24.  Scott TF, Price TR, **George MS**, Brillman J, Rothfus W: Midline Cerebral Malformations and Schizophrenia. J Neuropsychiatry and Clinical Neurosciences 1993, 5:287-293.

25. **George MS**, Brewerton TD, Harden RN: Bulimia nervosa in outpatients with migraine. J Nervous Mental Disease 1993, 181;11:704-706.
26. **George MS**, Ketter TA, Gill D, Haxby JV, Ungerleider L, Herscovitch P, Post RM: Brain Regions Involved in Recognizing Facial Emotion or Identity: An O15 PET study. J Neuropsychiatry and Clinical Neuroscience 1993, 5;4:384-394.
27. Post RM, Ketter TA, Pazzaglia PJ, **George MS**, Marangell LB, Denicoff K: New Developments in the Use of Anticonvulsants as Mood Stabilizers.Neuropsychobiology, 1993, 27:132-137.
**28.** **George MS**, Ketter TA, Post RM: SPECT and PET Imaging in Mood Disorders. J Clin Psych 1993, 54[11,suppl]:6-13.
29. **George MS**, Trimble MR, Robertson MM: Fluvoxamine and Sulpiride in Comorbid Obsessive-Compulsive Disorder and Gilles de la Tourette Syndrome. Human Psychopharmacology: Clinical and Experimental 1993, 8:327-334.
30. Pazzaglia PJ, Post RM, Ketter TA, **George MS**, Marangell LB: Preliminary controlled trial of nimodipine in ultra-rapid cycling affective dysregulation. Psychiatry Research  1993, 49:257-272.

## 1994

31. George MS: Reanimating the Face: Early Writings by Duchenne and Darwin on the Neurology of Facial Emotion Expression. J Hist Neurosciences 1994, 2:21-33.
32. **George MS**, Rosenstein D, Rubinow DR, Kling MA, Post RM: CSF magnesium in affective illness: lack of correlation with clinical course or treatment. Psychiatry Research 1994, 51: 139-146.
33. **George MS**, Kellner CH, Bernstein H, Goust JM: A Magnetic Resonance    Imaging Investigation into Mood Disorders in Multiple Sclerosis: A Pilot Study. The Journal of Nervous and Mental Disease 1994, 182, 7: 410-412.
34. **George MS**, Guidotti A, Rubinow D, Pan B, Mikalauskas K, Post RM: CSF Neuroactive Steroids in Affective Disorders: pregnenolone, progesterone and DBI. Biological Psychiatry 1994, 35: 775-780.
35. **George MS**, Ketter TA, Parekh PI, Rosinsky N, Ring H, Casey BJ, Trimble MR, Horwitz B, Herscovitch P, Post RM: Regional Brain Activity When Selecting a Response Despite Interference: An $H_2^{15}O$ PET study of the Stroop and an Emotional Stroop. Human Brain Mapping 1994, 1:194-209.
36. **George MS**, Ketter TA, Parekh P, Gill DS, Huggins T, Marangell L, Pazzaglia PJ, Post RM: Spatial Ability in Affective Illness: Differences in Regional Brain Activation During a Spatial Matching Task ($H_2^{15}O$ PET). Neuropsychiatry, Neuropsychology and Behavioral Neurology 1994, 7: 143-153.
37. Marangell L, **George MS**, Bissette G, Pazzaglia PJ, Huggins T, Post RM: Increased CSF thyrotropin-releasing hormone in affective disorder patients treated with carbamazepine. Arch Gen Psych  1994, 51: 625-628.
38. **George MS**, Lydiard RB: Social Phobia Secondary to Physical Disability: A review of benign essential tremor and stuttering. Psychosomatics 1994, 35:520-523.
39. **George MS**, Ketter TA, Post RM: Prefrontal Cortex Dysfunction in Clinical Depression. Depression 1994, 2:59-72.
40. **George MS**, Wasserman E: Rapid-rate Transcranial Magnetic Stimulation (rTMS) and ECT (editorial). Convulsive Therapy 1994, 10(4): 251-253.
41. George MS: An Introduction to the Emerging Neuroanatomy of Depression. Psychiatric Annals 1994,  24,12: 635-636.
42. Ketter TA, **George MS**, Ring HA, Pazzaglia PJ, Marangell L, Kimbrell TA, Post RM: Primary Mood   Disorders: Structural and Resting Functional Studies. Psychiatric Annals 1994, 24, 12: 637-642.
43. **George MS**, Ketter TA, Post RM: Activation Studies in Mood Disorders.    Psychiatric Annals 1994, 24,12: 648-652.
44. **George MS**, Robertson MM, Costa DC, Ell PJ, Trimble MR, Pilowsky L, Verhoeff NPLG: Dopamine Receptor Availability in Tourette's Syndrome. Psych Res - Neuroimaging 1994,55:193-203.

## 1995

45. **George MS**, Ketter TA, Parekh PI, Horwitz B, Herscovitch P, Post RM: Regional Brain Activity During Transient Self-induced Sadness or Happiness in Healthy Women. American Journal of Psychiatry 1995,152: 341-351.

46. Parekh P, Spencer J, **George MS**, Gill D, Ketter TA, Horwitz, B, Andreason P, Herscovitch P, Post RM: Procaine-Induced Increases in Limbic rCBF Correlate Positively with Increases in Occipital and Temporal EEG Fast Activity. Brain Topography 1995,7:209-216.

47. **George MS**, Malloy L, Slate SO, Uhde TW: A Pilot MRI Study of Brain Size in Nervous Pointer Dogs. Anxiety, 1995, 1: 129-133.

48. **George MS**, Wassermann EM, Williams WA, Callahan A, Ketter TA, Basser P, Hallett M, Post RM: Daily Repetitive Transcranial Magnetic Stimulation (rTMS) Improves Mood in Depression. NeuroReport 1995, 6, 14:1853-1856.

49. Pazzaglia PJ, **George MS**, Post RM, Rubinow DR, Davis C: Nimodipine Increases CSF Somatostatin in Affectively Ill Patients. Neuropsychopharmacology 1995; 13: 75-83.

50. Ketter TA, Jenkins JB, Schroeder DH, Pazzaglia PJ, Marangell LB, **George MS**, Callahan AM, Hinton ML, Chao J, Post RM: Carbamazepine But Not Valproate Induces Buproprion Metabolism. J Clin Psychopharm 1995, 15: 327-333.

51. **George MS**: Emotion and the Brain. Clinical Advances in the Treatment of Psychiatric Disorders 1995;  9,6:14-16.*

52. Ketter TA, Flockhart DA, Post RM, Denicoff K, Pazzaglia PJ, Marangell LB, **George MS**, Callahan AM: The Emerging Role of Cytochrome P450 3A in Psychopharmacology. J Clin Psychopharmacology 1995;15,6:387-398.

53. **George MS**: The Clinical Use of SPECT in Depressive Disorders. Journal of Clinical Psychiatry 1995; 56: 542-544.

54. Schuckit MA, Jobst KA, **George MS**, VanHeertum RL: Difficult Differential Diagnoses in Psychiatry - The Clinical Use of SPECT. Journal of Clinical Psychiatry 1995; 56:539.

**1996**

55. Post RM, Weiss SR, Leverich GS, **George MS**, Frye M, Ketter TA: Developmental Psychobiology of Cyclic Affective Illness: Implication for Early Therapeutic Intervention. In, Chichetti D. and Tucker D. (eds) Development and Psychopathology.1996; 8:273-305.

56. **George MS**, Wassermann EM, Williams W, Steppel J, Pascual-Leone A, Basser P, Hallett M, Post RM: Changes in Mood and Hormone Levels After Rapid-Rate Transcranial Magnetic Stimulation (rTMS) of the Prefrontal Cortex. J Neuropsychiatry and Clinical Neuroscience 1996; 8:172-180.

57. **George MS**, Parekh PI, Rosinsky N, Ketter TA, Kimbrell TA, Heilman K, Herscovitch P, Post RM: Understanding Emotional Prosody Activates Right Hemisphere Regions. Archives of Neurology 1996; 53:665-670.

58. Ketter TA, Andreason PJ, **George MS**, Herscovitch P, Post RM: Anterior Paralimbic Mediation of Procaine-induced Emotional and Psychosensory Experiences. Archives of General Psychiatry 1996;53:59- 69.

59. Ketter TA, **George MS**, Kimbrell TA, Benson BE, Post RM: Functional Brain Imaging, Limbic Function, and Affective Disorders. The Neuroscientist 1996; 2,1:55-65.

60. Poltorak M, Wright R, Hemperly JJ, Frye M, **George MS**, Pazzaglia PJ, Jerrels S, Post RM, Freed WJ: Increased Neural Cell Adhesion Molecule in the CSF of Patients with Mood Disorder. J Neurochemistry 1996; 66:1532-1538.

61. **George MS**, Ketter TA, Parekh PI, Herscovitch P, Post RM: Gender Differences in rCBF During Transient Self-induced Sadness or Happiness. Biological Psychiatry 1996;40:859-871.

62. **George MS**, Wassermann EM, Post RM: Repetitive Transcranial Magnetic Stimulation (rTMS): A Neuropsychiatric Tool for the Twenty-First Century. J Neuropsychiatry Clin Neurosci 1996;8:373-382.

63. Samii A, Wassermann EM, Ikoma K, Mercuri B, **George MS**, O'Falon A, Dale JK, Straus SE, Hallett M: Decreased Post-Exercise Facilitation of Motor Evoked Potentials in Patients with Chronic Fatigue syndrome or Depression. Neurology 1996; 47:1410-1414.

64. Post RM, Ketter TA, Pazzaglia PJ, Denicoff K, **George MS**, Callahan A, Leverich G, Frye M: Rational polypharmacy in the bipolar affective disorders. Epilepsy Research - Supplement. 1996; 11:153-80.

**1997**

65. **George MS**, Post RM, Ketter TA, Kimbrell TA, Speer AM: Neural Mechanisms of Mood Disorders. Current Review of Mood and Anxiety Disorders. 1997; 1:71- 83.

66. Ketter TA, **George MS**, Kimbrell TA, Brenson BA, Post RM. Functional Brain Imaging in Mood and Anxiety Disorders.Current Review of Mood and Anxiety Disorders. 1997; 1:96-112.

67. **George MS**: TMS: An Issue Worthy of a Single Focus. CNS Spectrums. 1997;2, 1:17-18.

68. **George MS**, Speer AM, Wassermann EM, Kimbrell TA, Williams WA, Kellner CH, Risch SC, Stallings L, Post RM: Repetitive TMS as a Probe of Mood in Health and Disease. CNS Spectrums.1997;2,1:39-44.

69. Martin JD, **George MS**, Greenberg BD, Wassermann EM, Schlaepfer TE, Murphy DL, Hallett M, Post RM: Mood Effects of Prefrontal Repetitive High-Frequency TMS in Healthy Volunteers. CNS Spectrums.1997;2,1:53-54.

70. **George MS**, Ketter TA, Parekh PI, Rosinsky N, Ring HA, Pazzaglia PJ, Marangell L, Post RM: Blunted Left Cingulate Activation in Mood Disorder  Subjects During a Response Interference Task (The Stroop). J Neuropsychiatry Clin Neurosci. 1997; 9:55-63.

71. Marangell LB, Ketter TA, **George MS**, Pazzaglia PJ, Callahan AM, Parekh P, Andreason PJ, Horwitz B, Herscovitch P, Post RM. Thyrotropin-Stimulating Hormone Inversely Correlates With Brain Activity in Mood Disorders. American Journal of Psychiatry. 1997; 154,2:224-230.

72. Callahan AM, Frye MA, Marangell LB, **George MS**, Ketter TA, L'Herrou T, Post RM. Comparative Antidepressant Effects of Intravenous and Intrathecal Thyrotropin-Releasing Hormone: Confounding Effects of Tolerance and Implications for Therapeutics. Biological Psychiatry 1997; 41:264-272.

73. Post RM, Weis SRB, Ketter TA, Denicoff KD, George MS, Frye MA, Smith MA, Leverich GS. The Kindling Model: Implications for the Etiology and Treatment of Mood Disorders. Current Review of Mood and Anxiety Disorders 1997; 113-126.

74. Marangell LB, **George MS**, Callahan AM, Ketter TA, Pazzaglia PJ, L'Herrou TA, Leverich GS, Post RM. Effects of Intrathecal Thyroptrowin-Releasing Hormone (Protirelin) in Refractory Depressed Patients. Archives of General Psychiatry. 1997; 54:214-222.

75. **George MS**,Vincent DJ, Roberts DR, Bohning DE, Patel S, Vera C, Cure J, Horton J, Young J: Presurgical Mapping of Regional Brain Activity using Echoplanar BOLD fMRI. Advances in Clinical Research 1997 (Picker White Papers)*.

76. Greenberg BD, **George MS**, Dearing J, Benjamin J, Schlaepfer T, Altemus M, Wassermann EM, Hallett M, Murphy DL. Effect of Prefrontal Repetitive Transcranial Magnetic Stimulation (rTMS) in Obsessive Compulsive Disorder: A preliminary study. American Journal of Psychiatry 1997; 154:867-869.

77. Bohning DE, Pecheny AP, Epstein CM, Speer AM, Vincent DJ, Dannals W, **George MS**: Mapping transcranial magnetic stimulation (TMS) fields in vivo with MRI. Neuroreport 1997; 8: 2535-2538.

78. Fox P, Ingham R, **George MS**, Mayberg H, Ingham J, Roby J, Martin C, Jerabek P: Imaging Human Intra-Cerebral Connectivity by PET During TMS. NeuroReport 1997; 8: 2787-2791.

79. **George MS**, Ketter TA, Parekh P, Gill DS, Marangell L, Pazzaglia PJ, Herscovitch P, Post RM: Depressed Subjects Have Abnormal Right Hemisphere Activation During Facial Emotion Recognition. CNS Spectrums 1997; 2,10:45-56.

80. **George MS**, Wassermann EM, Williams WE, Kimbrell TA, Little JT, Hallett M, Post RM: Mood Improvements Following Daily Left Prefrontal Repetitive Transcranial Magnetic Stimulation in Patients with Depression: A placebo-controlled crossover trial. American Journal of Psychiatry 1997; 154:1752-1756.

81. Post RM, Kimbrell TA, McCann U, Dunn RT, **George MS**, Weiss SR: [Are convulsions necessary for the antidepressant effect of electroconvulsive therapy: outcome of repeated transcranial magnetic stimulation]. [French] Encephale. 23 Sep N03:27-35. 1997 June.

82. Roberts DR, Vincent DJ, Speer A, Bohning DE, Cure J, Young J, **George MS**: Multi-modality Mapping of Motor Cortex: Comparing Echoplanar BOLD fMRI and Transcranial Magnetic Stimulation. J Neural Transmission. 1997; 104 (8-9): 833-843.

83. Worthington C, Vincent DJ, Bryant AE, Roberts DR, Vera CL, Ross DA, **George MS**: Comparison of Functional Magnetic Resonance Imaging for Language Localization an Intracarotid Speech Amytal Testing in Presurgical Evaluation for Intractable Epilepsy: Preliminary Results. Stereotactic and Functional Neurosurgery 1997; 69:197-201.

84.    Post RM, Kimbrell TA, Frye M, **George MS**, Mccann U, Little J, Dunn R, Li H, Weiss SRB: Implications of Kindling and Quenching for the Possible Frequency Dependence of rTMS. CNS Spectrums.1997;2,1:55-60.

**1998**

85.    Bohning DE, Lorberbaum JP, Shastri A, Nahas Z, **George MS**: Structural Brain Imaging (CT and MRI) in Primary Psychiatry. 1998; 5(3): 46- 51.

86.    Nahas Z, **George MS**, Lorberbaum JP, Risch SC: SPECT and PET in Neuropsychiatry. Primary Psychiatry. 1998; 5(3): 52 - 59.

87.    Lorberbaum JP, Bohning DE, Shastri A, **George MS**: Functional Magnetic Resonance Imaging (fMRI) for the Psychiatrist. Primary Psychiatry. 1998; 5(3): 60 - 71.

88.    **George MS**, Speer AM, Molloy M, Nahas Z, Teneback CC, Risch SC, Arana GW, Ballenger JC, Post RM: Low frequency daily left prefrontal rTMS improves mood in bipolar depression: a placebo-controlled case report. Human Psychopharmacology: Clinical and Experimental. 1998; 13:271- 275.

89.    **George MS**, Huggins T, McDermut W, Parekh PI, Rubinow D, Post RM: Abnormal Facial Emotion Recognition in Depression: Serial testing in an ultra-rapid-cycling patient. Behavior Modification. 1998; 22,2: 192-204.

90.    **George MS**: Why Would You Ever Want To?: Toward Understanding the Antidepressant Effect of rTMS. (Editorial) Human Psychopharmacology: Clinical and Experimental 1998; 13: 307-313.

91.    Pridmore S, Filho JAF, Nahas Z, Liberatos C, **George MS**: Motor Threshold in Transcranial Magnetic Stimulation: a comparison of a neurophysiological and a visualization of movement method. The Journal of ECT 1998; 14: 25-27.

92.    Bohning DE, Shastri A, Nahas Z, Lorberbaum JP, Andersen SW, Dannels W, Vincent DJ, **George MS**: Echoplanar BOLD fMRI of Brain Activation Induced by Concurrent Transcranial Magnetic Stimulation (TMS). Investigative Radiology 1998; 33(6):336-340.

93.    Wassermann EM, Wedegaertner FR, Ziemann U, **George MS**, Chen R: Crossed Reduction of Motor Cortex Excitability by 1 Hz Transcranial Magnetic Stimulation. Neurosci Lett 1998; 250(3):141-144.

**94.**    **George MS**: Advances in Brain Imaging; An Overview of What the Primary Psychiatrist Needs to Know. Primary Psychiatry 1998; 5(3): 37-45.

95.    Pazzaglia PJ, Post RM, Ketter TA, Callahan AM, Marangell LB, Frye MA, **George MS**, Kimbrell TA, Leverich GS, Coralocatelli G, Luckenbaugh D: Nimodipine monotherapy and Carbamazepine Augmentation in Patients with Refractory recurrent Affective Illness. Journal of Clinical Psychopharmacology 1998; 18(5):404-413.

**1999**

96.    **George MS**, Teneback C, Bloomer CW, Horner M, Anton RF: Using Neuroimaging to Understand Alcohol's Brain Effects. CNS Spectrums: The International Journal of Neuropsychiatric Medicine 1999; 4(1): 88-92.

97.    Hamner MB, Lorberbaum JP, **George MS**: The Potential Role of the Anterior Cingulate Cortex in PTSD: Review and Hypothesis. Depression and Anxiety 1999; 9: 1-14.

98.    Nahas Z, Bohning DE, Molloy M, Oustz JA, Risch SC, **George MS**: Safety and Feasibility of Repetitive Transcranial Magnetic Stimulation in the Treatment of Anxious Depression in Pregnancy. J Clin Psychiatry 1999; 60:50-52.

99.    Bohning DE, Shastri A, Blumenthal KM, Nahas Z, Lorberbaum J, Roberts D, Teneback C, Vincent DJ, **George MS**. A Combined TMS/fMRI Study of Intensity-Dependent TMS over Motor Cortex. Biological Psychiatry 1999; 45: 385-394.

100.   Hamner MB, Ulmer HC, Horne DN, **George MS**, Arana GW: Procaine Administration and Decreased Behavioral Responsivitiy in PTSD: A Pilot Study. Human Psychopharmacology: Clinical and Experimental 1999; 14: 105-111.

101.   **George MS**, Lisanby SH, Sackeim HA,: Transcranial Magnetic Stimulation: Applications in Neuropsychiatry (Invited News and Reviews). Archives Of General Psychiatry 1999; 56:300-311.

102.   **George MS**, Stallings LE, Speer AM, Spicer KM, Cheng KT, Molloy M, Risch SC, Vincent DJ, Bohning DE: Prefrontal rTMS Reduces Relative Perfusion Locally and Trans-Synaptically. Human Psychopharmacology: Clinical and Experimental 1999; 14:161-170.

103. **George MS**, Teneback CC, Malcolm RJ, Moore J, Stallings LE, Spicer KM, Anton RF, Ballenger JC: Multiple Previous Alcohol Detoxifications Are Associated with Decreased Amygdala and Paralimbic Function in the Post-Withdrawal Period. Alcoholism: Clinical and Experimental Research 1999; 23, 6: 1077-1084.

104. **George MS**, Nahas Z, Lomarev M, Bohning DE, Kellner CH: How knowledge of regional brain dysfunction in depression will enable new somatic treatments in the next millenium. CNS Spectrums: The International Journal of Neuropsychiatric Medicine 1999; 4, 7: 53-61.

105. Adinoff B, Devous MD, Best S, **George MS**, Alexander D, Payne K: SPECT following Intravenous Procaine in Cocaine Addiction. Annals of the New York Academy of Science 1999: 807-810.

106. Frye MA, Gary KA, Marangell LB, **George MS**, Callahan AM, Little JT, Huggins T, Cora-Locatelli G, Osuch EA, Winokur A, Post RM: CSF TRH Gender Differences: Implications for Neurobiology and Treatment of Depression. J Neuropsychiatry and Clinical Neuroscience 1999; 11: 349-353.

107. Kimbrell TA, **George MS**, Parekh PI, Ketter TA, Podell DM, Danielson AL, Repella JD, Benson BE, Willis MW, Herscovitch P, Post RM: Regional Brain Activity During Transient Self-Induced Anxiety and Anger in Healthy Adults. Biological Psychiatry 1999; 46:454-465.

108. Shastri A, **George MS**, Bohning DE: Performance of a System for Interleaving Transcranial Magnetic Stimulation with Steady State Magnetic Resonance Imaging.Transcranial Magnetic Stimulation (supplement)to Electroencephalography and Clinical      Electrophysiology. Editors: W. Paulus, M. Hallett, P.M. Rossini, J.C. Rothwell. 1999, 55-64.

109. **George MS**, Avery D, Nahas Z, Molloy M, Oliver NC, Risch SC, Arana GW: rTMS Studies of Mood and Emotion. Transcranial Magnetic Stimulation (supplement) to Electroencephalography and Clinical Electrophysiology. Editors: W. Paulus, M. Hallett, P.M. Rossini, J.C. Rothwell. 1999, 304-314.

110. Teneback CC, Nahas Z, Speer AM, Molloy M, Stallings LE, Spicer KM, Risch SC, **George MS**: Two Weeks of Daily Left Prefrontal rTMS Changes Prefrontal Cortex and Paralimbic Activity in Depression. J Neuropsychiatry and Clinical Neurosciences 1999; 11: 426-435.

111. Ketter TA, Kimbrell TA, **George MS**, Willis MW, Benson BE, Danielson A, Frye MA, Herscovitch P, Post RM: Baseline Cerebral Hypermetabolism Associated with Carbamazepine Response, and Hypometabolism with Nimodipine Response in Mood Disorders. Biological Psychiatry 1999; 46:1364-1374.

112. **George MS**, Nahas Z, Kozel FA, Goldman J, Molloy M, Oliver NC: Improvement of Depression Following Transcranial Magnetic Stimulation. Current Psychiatry Reports 1999, 1: 114-124.

113. Lorberbaum JP, Newman JD, Dubno JR, Horwitz AR, Nahas Z, Teneback CC, Bloomer CW, Bohning DE, Vincent D, Johnson MR, Emmanuel N, Brawman-Mintzer O, Book SW, Lydiard RB, Ballenger JC, **George MS**: Feasibility of Using fMRI to Study Mothers Responding to Infant Cries. Depression and Anxiety 1999; 3:99-104.

114. Kimbrell TA, Little JT, Dunn RT, Frye MA, Greenberg BD, Wassermann EM, Repella JD, Danielson AL, Willis MW, Benson BE, Speer AM, Osuch E, **George MS**, Post RM: Frequency Dependence of Antidepressant Response to Left Prefrontal Repetitive Transcranial Magnetic Stimulation (rTMS) as a Function of Baseline Cerebral Glucose Metabolism. Biological Psychiatry 1999; 46:1603-1613.

115. Nahas Z, Molloy M, Hughes PL, Oliver N, Arana GW, Risch SC, **George MS**: Repetitive Transcranial Magnetic Stimulation: Perspectives for Application in the Treatment of Bipolar and Unipolar Disorders. Bipolar Disorders: An International Journal of Psychiatry and Neurosciences. 1999; 2: 73-80.

**2000**

116. **George MS**, Sackeim HA, Rush AJ, Marangell LB, Nahas Z, Husain MM, Lissanby SH, Burt T, Goldman J, Ballenger JC. Vagus Nerve Stimulation: A new tool for brain research and therapy. Biological Psychiatry 2000; 47:287-295.

117. Rush AJ, **George MS**, Sackim HA, Marangell LB, Husain M, Giller C, Nahas Z, Haines S, Simson RK, Goodman R, Burt T. Vagus Nerve Stimulation (VNS) for Treatment-Resistant Depressions: A Multicenter Study. Biological Psychiatry 2000; 47:276-286.

118. **George MS**: New Methods of Brain Stimulation (ECT, MST, TMS, VNS and DBS) Are Improving OCD Research and Therapy (From the 4th IOCDC Plenary Lecture). CNS Spectrums 2000; 5,6: 12-17.

119. Kozel FA, Nahasz, deBrux C, Molloy M, Lorberbaum JP, Bohning DE, Risch SC, **George MS**: How Coil-Cortex Distance Relates to Age, Motor Threshold and Antidepressant Response to Repetitive Transcranial Magnetic Stimulation. J Neuropsychiatry and Clin Neurosciences. 2000; 12,3: 376-384.

120. Little JT, Kimbrell TA, Wassermann EM, Grafman J, Figueras S, Dunn RT, Danielson A, Rupella J, Huggins T, **George MS**, Post RM. Cognitive Effects of 1 and 20 Hz Repetitive Transcranial Magnetic Stimulation in Depression:Preliminary Report. Neuropsychiatry,Neuropsychology and Behavioral Neurology. 2000; 13(2):119-24.

121. Bohning DE, Shastri A, Wassermann EM, Ziemann U, Lorberbaum JP, Nahas Z, Lomarev MP, **George MS**: BOLD-fMRI Response to Single-Pulse Transcranial Magnetic Stimulation (TMS). Journal Of Magnetic Resonance Imaging 2000; 11: 569-574.

122. Goldman J, Nahas Z, **George MS**: What is Transcranial Magnetic Stimulation? Harvard Mental Health Letter 2000; 17: 8.

123. **George MS**, Nahas Z, Speer AM, Molloy M, Oliver NC, Li X, Arana GW, Risch SC, Ballenger JC: A Controlled Trial of Daily Left Prefrontal Cortex TMS for Treating Depression (Priority Communication). Biological Psychiatry 2000; 48 (10): 962-970.

124. Osuch EA, Ketter TA, Kimbrell TA, **George MS**, Benson BE, Willis MW, Herscovitch P, Post RM: Regional Cerebral Metabolism Associated with Anxiety Symptoms in Affective Disorder Patients.Biological Psychiatry 2000; 48 (10): 1020-1023.

125. Bohning DE, Shastri A, McGavin L, McConnell KA, Nahas Z, Lorberbaum J, Roberts DR, Bloomer C, Vincent DJ, **George MS**: Motor cortex brain activity induced by 1-Hz transcranial magnetic stimulation is similar in location and level to that for volitional movement. Inv Radiology 2000; 35:676-683.

126. Nahas Z, DeBrux C, Chandler V, Lorberbaum JP, Speer AM, Molloy MA, Liberatos C, Risch SC, **George MS**: Lack of Significant Changes on Magnetic Resonance Scans Before and After 2 Weeks of Daily Left Prefrontal Repetitive Transcranial Magnetic Stimulation for Depression. J ECT 2000; 16:380-390.

127. Nobler MS, Teneback CC, Nahas Z, Bohning DE, Shastri A, Kozel A, **George MS**: Structural and Functional Neuroimaging of ECT and TMS. Depression and Anxiety 2000; 12: 144-156.

**128.** **George MS**, Nahas Z, Bohning DE, Lomarev M, Denslow S, Osenbach R, Ballenger JC: Vagus Nerve Stimulation (VNS): A New Form of Therapeutic Brain Stimulation. CNS Spectrums 2000; 5 :43-52.

129. **George MS**, Sackheim H, Marangell L, Husain M, Nahas Z, Lisanby S, Ballenger JC, Rush A: Vagus Nerve Stimulation A Potential Therapy for Resistant Depression? The Psychiatric Clinics of North America 2000; 4: 757-783.

**2001**
130. Bohning DE, **George MS**, Epstein CM: Deconvolution of transcranial magnetic stimulation (TMS) maps. J.Neural Transmission 2001; 108: 35-52.

131. Ketter TA, Kimbrell TA, **George MS**, Dunn RT, Speer AM, Benson BE, Willis MW, Danielson AL, Frye MA, Herscovitch P, Post RM: Effects of Mood and Subtype on Cerebral Glucose Metabolism in Treatment-Resistant Bipolar Disorders. Biological Psychiatry 2001; 49: 97-109.

132. Adinoff B, Devous MD, Best SM, **George MS**, Alexander D, Payne JK. Limbic Responsiveness to Procaine in Cocaine Addicted Subjects. American Journal of Psychiatry 2001; 158: 390-398.

133. McConnell KA, Nahas Z, Kozel FA, Lorberbaum JP, Shastri A, Bohning DE, **George MS**: The TMS Motor Threshold Depends on the Distance from Coil to Underlying Cortex: A Replication in Healthy Adults. Biological Psychiatry 2001; 49: 454-459.

134. Sackeim HA, Keilp JG, Rush AJ, **George MS**, Marangell LB, Dormer JS, Burt T, Lisanby SH, Husain M, Collum M, Oliver NC, Zboyan H: The Effects of Vagus Nerve Stimulation on Cognitive Performance in Patients with Treatment-Resistant Depression. Neuropsychiatry, Neuropsychology and Behavioral Neurology 2001; 14:53-62.

135. **George MS**, Anton RF, Bloomer C, Teneback C, Drobes D, Lorberbaum JP, Nahas Z,Vincent DJ: Activation of Prefrontal Cortex and Anterior Thalamus in Alcoholic Subjects on Exposure to Alcohol-Specific Cues. Arch Gen Psych 2001; 58:345-352.

136. Chae JH, Nahas Z, Li XB, **George MS**: Transcranial Magnetic Stimulation in Psychiatry: Research and Therapeutic Applications. International Review of Psychiatry 2001; 13:18-23.

137. Risch SC, McGurkin S, Horner MD, Nahas Z, Owens SD, Molloy M, Gilliard C, Christie S, Markowitz JS, DeVane CL, Mintzer J, **George MS**: A Double-blind Placebo-controlled Case Study of the Use of Donepezil to Improve Cognition in a Schizoaffective Disorder patient: Functional MRI Correlates. Neurocase 2001; 7: 105-110.

138. Shastri A, Lomarev MP, Nelson S, **George MS**, Holzworth MR, Bohning DE: A Low-cost System for Monitoring Skin Conductance During Functional MRI. Journal of Magnetic Resonance Imaging. 2001(14): 187-193.

139. **George MS**: Summary and Future Directions of Therapeutic Brain Stimulation:Neurostimulation and Neuropsychiatric Disorders. In a supplement to Epilepsy and Behavior entitled, Neurostimulation and Neuropsychiatric Disorders (Schachter, Schmidt, George, eds). 2001 (2): S95-S100.

140. Nahas Z, Li X, Chae J-H, Oliver NC, Anderson B, Kapp B, **George MS**: TMS in Depression. In a supplement to Epilepsy and Behavior entitled, Neurostimulation and Neuropsychiatric Disorders (Schachter, Schmidt, George, eds). 2001 (2): S21-S29.

141. Marangell LB, Rush AJ, George MS, Georges D, Sackeim HA: A Review of Vagus Nerve Stimulation for Treatment-Resistant Depression. In a supplement to Epilepsy and Behavior entitled, Neurostimulation and Neuropsychiatric Disorders (Schachter, Schmidt, George, eds). 2001 (2): S6-S10.

142. Bohning DE, Lomarev MP, Denslow S, Nahas Z, Shastri A, **George MS**: Vagus Nerve Stimulation (VNS) Synchronized BOLD-fMRI. Investigative Radiology 2001;36: 470-479.

143. Mann K, Agartz I, Harper C, Shoaf S, Rawlings RR, Momenan R, Hommer DW, Pfefferbaum A, Sullivan EV, Anton RF, Drobes DJ, **George MS**, Bares R, Machulla HJ, Mundle G, Reimold M, Heinz A: Neuroimaging in alcoholism: Ethanol and brain damage. Alcoholism: Clinical & Experimental Research. 2001. 25(5 Suppl 1):104S-109S

144. Sackeim HA, Rush AJ, **George MS**, Marangell LB, Husain MM, Nahas Z, Johndon CR, Seifman S, Giller C, Haines S, Simpson RK, Goodman RR: Vagus Nerve Stimulation (VNS) for Treatment-Resistant Depression: Efficacy, Side Effects and Predictors of Outcome. Neuropsychopharmacology. 2001 (25);5:713-728.

145. Nahas Z, Lomarev M, Roberts DR, Shastri A, Lorberbaum JP, Teneback C, McConnell K, Vincent DJ, Li X, **GeorgeMS**, Bohning DE: Unilateral Left Prefrontal TMS produces Intensity-Dependent Bilateral Effects as Measured by Interleaved BOLD fMRI. Biological Psychiatry 2001 (50); 9: 712-721.

146. Goodnick PJ, Rush AJ, **George MS**, Marangell LB, Sackeim HA: Commentary; Vagus Nerve Stimulation in Depression. Expert Opinion in Pharmacotherapy. 2001; 2 (7): 1061-1063.

147. Pridmore S, Khan UA, Reid P, **George MS**: Transcranial Magnetic Stimulation in Depression: An Overview. German Journal of Psychiatry 2001: 4 (3): 43-50.

148. Nahas Z, Teneback CC, Speer AM, Molloy M, Stallings L, Kozel FA, Spicer KM, **George MS**: Brain Effects of TMS Delivered Over Prefrontal Cortex in Depressed Adults: Role of Stimulation Frequency and Coil–Cortex Distance J Neuropsychiatry Clin Neurosci 2001 13: 459-470.

**2002**
149. Kimbrell TA, Ketter TA, **George MS**, Little JT, Benson BE, Willis MW, Herscovitch P, Post RM. Regional Cerebral Glucose Utilization in Patients with a Range of Severities of Unipolar Depression. Biological Psychiatry 2002; 51: 237-252.

150. Marangell LB, Rush AJ, **George MS**, Sackeim HA, Johnson CR, Husain MM, Nahas Z, Lisanby SH: Vagus Nerve Stimulation (VNS) for Major Depressive Episodes: Longer-term Outcome. Biological Psychiatry 2002; 51:280-287.

151. Lorberbaum JP, Newman JD, Horwitz AR, Dubno JR, Lydiard RB, Brown KJ, Hamner MB, Arana GW, Ballenger JC, **George MS**: Examining the Brain Regions Involved in Social Attachment: The ThalamoCingulate Gyrus Activates in Mothers Listening to Infant Cries. Biological Psychiatry 2002; 51: 431-445.

152. Willis MW, Ketter TA, Kimbrell TA, **George MS**, Herscovitch P, Danielson AL, Benson BE, Post RM: Age, sex and laterality effects on cerebral glucose metabolism in healthy adults. Psychiatry Research: Neuroimaging 2002; 114: 23-27.

153. Lomarev M, Denslow S, Nahas Z, Chae J-H, **George MS**, Bohning DE: Vagus Nerve Stimulation (VNS) Synchronized BOLD fMRI Suggests That VNS In Depressed Adults Has Frequency And/Or

Dose Dependent Effects At Rest And During A Simple Task. Journal of Psychiatric Research 2002; 36:219-227.

154. **George MS**: New Methods of Minimally Invasive Brain Modulation as Therapies in Psychiatry: TMS, MST, VNS and DBS. Chinese Medical Journal (Taipei) Chung Hua i Hsueh Tsa Chih 2002; 65:349-360.

155. **George MS**, Nahas Z, Bohning DE, Kozel FA, Anderson B, Chae J, Lomarev M, Denslow S, Li X, Mu C: Vagus Nerve Stimulation: A Research Update. Neurology (supplement entitled 'VNS, 5 Years After Approval') 2002: 59: S56-S61.

156. Kozel FA, **George MS**: Meta-Analysis of Left Prefrontal Repetitive Transcranial Magnetic Stimulation (rTMS) to Treat Depression. Journal of Psychiatric Practice 2002; 8: 270-275.

157. Kimbrell TA, Dunn RT, **George MS**, Danielson AL, Willis MW, Repella JD, Benson BE, Herscovitch P, Post RM, Wassermann EM. Left prefrontal-repetitive transcranial magnetic stimulation (rTMS) and regional cerebral glucose metabolism in normal volunteers. Psychiatry Research: Neuroimaging 2002; 115(3): 101-113.

158. **George MS**: Advances in Brain Stimulation: Guest Editorial. The Journal of ECT 2002; 18 (4):169.

159. **George MS**, Nahas Z, Kozel FA, Li X, Denslow S, Yamanakka K, Mishory A, Foust MJ, Bohning DE. Mechanisms and State of the Art of Transcranial Magnetic Stimulation. The Journal of ECT. 2002; 18(4): 170-181.

160. **George MS**, Nahas Z, Li X, Kozel FA, Anderson B, Yamanaka K: Potential New Brain Stimulation Therapies in Bipolar Illness: Transcranial Magnetic Stimulation (TMS) and Vagus Nerve Stimulation (VNS). in a special volume of Clinical Neuroscience Research (2002; 256-265. (Robert M. Post, ed), entitled Depression in Bipolar Illness: The Stepchild).

161. **George MS**, Nahas Z, Li X, Kozel FA, Anderson B, Yamanaka K, Chae J-H, Foust MJ: Novel Treatments of Mood Disorders Based on Brain Circuitry (ECT, MST, TMS, VNS, DBS). Seminars in Clinical Neuropsychiatry 2002;7(4):293-294.

**2003**

162. Frye MA, Pazzalia PJ, **George MS**, Luckenbaugh D, Vanderham E, Davis CL, Rubinow DR, Post RM: Low CSF Somatostatin Associated with Treatment Response to Nimodipine in Patients with Affective Illness. Biological Psychiatry 2003; 53(2):180-183.

163. Nahas Z, Kozel FA, Li X, Anderson B, **George MS**: Left Prefrontal Transcranial Magnetic Stimulation (TMS) Treatment of Depression in Bipolar Affective Disorder: A pilot study of acute safety and efficacy. Bipolar Disorders 2003; 5 (1):40-47.

164. Pridmore S, Khan U, Rosa MA, **George MS**: Information for assistants of repeated transcranial magnetic stimulation (TMS). International Journal of Mental Health Nursing 2003;12:22-29.

165. **George MS**, Rush AJ, Sackeim HA, Marangell L: Vagus Nerve Stimulation (VNS) Utility in Neuropsychiatric Disorders. International Journal of Neuropsychopharmacology 2003; 6: 73-83.

166. McConnell KA, Nahas Z, Shastri A, Teneback C, Lorberbaum JP, Lomarev M, Vincent DJ, Bohning DE, **George MS**: BOLD fMRI response to direct stimulation (transranial magnetic stimulation) of the motor cortex shows no decline with age. J Neural Transmission 2003; 110:495-507.

167. Bohning DE, Shastri A, Lomarev MP, Loberbaum JP, Nahas Z, **George MS**: BOLD-fMRI Response versus Transcranial Magnetic Stimulation (TMS) Pulse Train Length: Testing for Linearity. Journal of Magnetic Resonance Imaging 2003; 17(3): 279-290.

168. **George MS**, Nahas Z, Kozel FA, Li X, Yamanaka K, Mishory A, Bohning DE: Mechanisms and State of the Art of Trancranial Magnetic Stimulation. CNS Spectrums 2003; 8(7): 496-514.

169. Belmaker RH, Fitzgerald P, **George MS**, Lisanby SH, Pascual-Leone A, Schlaepfer TE, Wassermann EM: Managing the Risks of Repetitive Transcranial Magnetic Stimulation. CNS Spectrums 2003; 8(7): 489.

170. Nahas Z, **George MS**, Horner MD, Markowitz JS, Li X, Lorberbaum JP, Owens SD, McGurk S, DeVane L, Risch SC: Augmenting an Atypical Antipsychotic with a Cognitive Enhancer (Donepezil) Improves Prefrontal Activity in Schizophrenia Patients: A Double-blind Placebo Controlled BOLD fMRI Study. NeuroCase 2003; 9 (3): 274-282.

171. **George MS** (Invited review): Stimulating the brain: The emerging new science of electrical brain stimulation. Scientific American, in an issue on frontiers in neuroscience. (September 2003, 47-53).

172. Chae JH, Nahas Z, Lomarev M, Denslow S, Lorberbaum JP, Bohning DE, **George MS**: A Review of Functional Neuroimaging Studies of Vagus Nerve Stimulation (VNS). Journal of Psychiatric Research 2003; 37: 443-455.

173. **George MS,** Nahas Z, Lisanby SH, Schlaepfer T, Kozel FA, Greenberg BD. Transcranial Magnetic Stimulation. In Neurosurgery Clinics of North America  Volume 14/Number 2 (Rezai, Rasmussen and Greenberg, eds). Harcourt, April 2003, 283-301.

174. Davey K, Epstein CM, **George MS**, Bohning DE:  Modeling the Effects of Electrical Conductivity of the Head on the Induced Electrical Field in the Brain During Magnetic Stimulation. Clinical Neurophysiology 2003; 114: 2204-2209.

175. Li XB, Nahas Z, Lomarev M, Denslow S, Shastri A, Bohning DE, **George MS**: Prefrontal Cortex TMS Does Not Change Local Diffusion: An MRI Study in Patients With Depression. Cognitive and Behavioral Neurology 2003; 16: 128-135.

176. Bohning DE, Denslow S, Bohning PA, Lomarev M, **George MS:** Interleaving fMRI with TMS. Suppl Clinical Neurophysiology 2003; 56:42-54.

177. Bohning DE, Denslow S, Bohning PA, Walker JA, **George MS**: A TMS coil positioning/holder system for MR image-guided TMS interleaved with fMRI. Clinical Neurophysiology 2003; 114 (11): 2210-2219.


**2004**

178. Li X, Nahas Z, Kozel FA, Anderson B, Bohning DE, **George MS**: Acue Left Prefrontal TMS in Depressed Patients is Associated with Immediately Increased Activity in Prefrontal Cortical as well as Subcortical Regions. Biological Psychiatry 2004; 55: 882-890.

179. Mu Q, Bohning DE, Nahas Z, Walker J, Anderson B, Denslow S, Lomarev M, Moghadam P, Chae J, **George MS**: Pulse-Width Dependent Acute Effects of Vagus Nerve Stimulation in Patients with Depression Using fMRI. Biological Psychiatry 2004; 55: 816-825.

180. Li X, Teneback CC, Nahas Z, Kozel FA, Large C, Cohn J, Bohning DE, **George MS:** Interleaved TMS/fMRI Confirms that Lamotrigine Inhibits Cortical Excitability in Healthy Young Men. Neuropsychopharmacology  2004; 29:1395-1407.

181. Mishory A, Molnar C, Stroud Z, Li X, Koola J, Kozel FA, Myrick H, Nahas Z, **George MS**: The Maximum-Likelihood Strategy (MLS) for Determining TMS Motor Threshold, using Parameter Estimation by Sequential Testing (PEST) is Faster than Conventional Methods, With Similar Precision. Journal of ECT. 2004; 20:160-165.

182. Kozel FA, **George MS**, Simpson KN: Decision Analysis of Cost Effectiveness of Repetitive Transcranial Magnetic Stimulation (rTMS) versus Electroconvulsive Therapy (ECT) for Treatment of Non-psychotic Severe Depression. CNS Spectrums 2004; 9:476-482.

183. Myrick H, Anton RF, Li X, Henderson S, Drobes D, Voronin K, **George MS**: Differential brain activity in alcoholics and social drinkers to alcohol cues: relationship to craving. Neuropsychopharmacology 2004; 29: 393-402.

184. Kozel FA, Padgett T, **George MS**: A Replication Study of the Neural Correlates of Deception. Behavioral Neuroscience  2004; 118: 852-856.

185. Nahas Z, Li X, Kozel FA, Mirski D, Memoun M, Miller K, Yamanaka K, Anderson B, Chae J, Bohning DE, Mintzer J, **George MS**: Safety and Benefits of Distance-Adjusted Prefrontal TMS in Depressed Patients 55-75 years of age: a Pilot Study. Depression and Anxiety 2004; 19: 249-256.

186. Denslow S, Lomarev M, Bohning DE, Mu Q, **George MS**: A High Resolution Assessment of the Repeatability of Relative Location and Intensity of Transcranial Magnetic Stimulation-induced and Volitionally Induced Blood Oxygen Level-dependent Response in the Motor Cortex. Cogn and Behavioral Neurology 2004; 17: 163-173.

187. Li X, Nahas Z, Anderson B, Kozel FA, **George MS**: Can left prefrontal rTMS be used as a maintenance treatment for bipolar depression? Depression and Anxiety 2004; 20(2); 98-100.

188. Kozel FA, Revell LJ, Lorberbaum JP, Shastri A, Nahas Z, Horner MD, Elhai JD, Bohning DE, **George MS**: A Pilot Study of fMRI Correlates of Deception in Healthy Young Men. J Neuropsychiatry and Clinical Neurosciences 2004; 16(3); 295-305.

189. Chae JH, Nahas Z, Wassermann EM, Li X, Sethuraman G, Gilbert DL, Sallee FR, **George MS**: A Pilot Safety Study of rTMS in Tourette Syndrome. Neuropsychiatry, Neuropsychology and Behavioral Neurology 2004; 17(2); 109-117.

190. Najib A, Lorberbaum JP, Kose S, Bohning DE, **George MS:** Regional Brain Activity in Women Grieving a Romantic Relationship Breakup. American Journal of Psychiatry 2004; 161: 2245-2256.

191. Johnson KA, Mu Q, Yamanaka K, Mishory A, Koola J, Hill S, Horner MD, Nahas Z, Bohning J, **George MS:** Repeatability of within-individual blood oxygen level-dependent functional magnetic resonance imaging maps of a working memory task for transcranial magnetic stimulation targeting Neuroscience Imaging 2004; 1:

192. Lorberbaum JP, Kose S, Johnson MR, Arana GW, Sullivan L, Hamner MB, Ballenger JC, Lydiard RB, Brodrick PS, Bohning DE, **George MS:** Neural Correlates of Speech Anticipatory Anxiety in Generalized Social Phobia. Neuroreport  2004; 15: 2701-5.

**2005**

193. Mu Q, Nahas Z, Johnson KA, Yamanaka K, Mishory A, Koola J, Hill S, Horner MD, Bohning DE, **George MS:** Decreased Cortical Response to Verbal Working Memory Following Sleep Deprivation. Sleep 2005; 28:55-67.

194. Lee S-H, Kim W, Ching Y-C, Jung K-H, Bahk W-M, Jun T-Y, Kim K-S, **George MS**, Chae J-H: A Double Blind Study Showing That Two Weeks Of Daily Repetitive TMS Over The Left Or Right Temporoparietal Cortex Reduces Symptoms In Patients with Schizophrenia Who Are Having Treatment-Refractory Auditory Hallucinations. Neuroscience Letters 2005; 376: 177-181.

195. Kozel FA, **George MS:** Neuroimaging and Depression with Inadequate Treatment Response. Primary Psychiatry 2005: 12 (2): 30-35.

196. Li X, Tang J, Wu Z, Zhao G, Liu C, **George MS**. SPECT study of Chinese schizophrenic patients suggests that cerebral hypoperfusion and laterality exist in different ethnic groups. The World Journal of Biological Psychiatry. 2005;6(2):98-106.

197. Caldwell JA, Mu Q, Smith J, Mishory A, Caldwell JL, Peters G, Brown DL, **George MS**. Are Individual Differences in Fatigue Vulnerability Related to Baseline Differences in Cortical Activation? Behavioral Neuroscience. 2005;119(3):694-707.

198. Mu Q, Mishory A, Johnson KA, Nahas Z, Kozel FA, Yamanaka K, Bohning DE, **George MS**: Decreased Brain Activation During a Working Memory Task at Rested Baseline Is Associated with Vulnerability to Sleep Deprivation. Sleep. 2005;119(4):433-46.

199. Bedwell JS, Horner MD, Yamanaka K, Li X, Myrick H, Nahas Z, **George MS**: Functional neuroanatomy of subcomponent cognitive processes involved in verbal working memory. Int J Neurosci. 2005;115(7):1017-1032.

200. Denslow S, Bohning DE, Bohning PA, Lomarev MP, **George MS**. An Increased Precision Comparison of TMS-Induced Motor Cortex BOLD fMRI Response for Image-Guided Versus Function-Guided Coil Placement. Cogn Behav Neurol. 2005;18(2):119-127.

201. Borckardt JJ. Kozel FA. Anderson B. Walker A. **George MS.** Vagus nerve stimulation affects pain perception in depressed adults. Pain Research & Management. 2005; 10(1):9-14.

202. Denslow S. Lomarev M. **George MS.** Bohning DE. Cortical and subcortical brain effects of transcranial magnetic stimulation (TMS)-induced movement: an interleaved TMS/functional magnetic resonance imaging study. Biological Psychiatry 2005; 57(7):752-60.

203. Fridriksson J, Ryalls J, Rorden C, Morgan PS, **George MS,** Baylis GC: Brain Damage and Cortical Compensation in Foreign Accent Syndrome. Neurocase 2005; 11:319-324.

204. **George MS,** Rush AJ, Marangell LB, Sackeim HA, Brannan SK, Davis S, Howland R, Kling M, Moreno F, Rittberg B, Dunner D, Schwartz T, Carpenter L, Burke M, Ninan P, Goodnick P: A One-year Comparison of Vagus Nerve Stimulation (VNS) with Treatment as Usual for Treatment-Resistant Depression. Biological Psychiatry 2005; 58:364-373.

205. Rush AJ, Marangell LB, Sackeim HA, **George MS,** Brannan SK, Davis S, Howland R, Kling MA, Rittberg BR, Burke WJ, Rapaport MH, Zajecka J, Nierenberg AA, Husain MM, Ginsberg D, Cooke RG: Vagus Nerve Stimulation (VNS) Therapy for Treatment-Resistant Depression: A Randomized, Controlled Acute Phase Trial. Biological Psychiatry 2005; 58: 347-354.

206. Rush AJ, Sackeim HA, Marangell LB, **George MS**, Brannan SK, Davis S, Lavori P, Howland R, Kling MA, Rittberg B, Carpenter L, Ninan P, Moreno F, Schwartz T, Conway C, Burke M, Barry J: Effects of 12 Months of Vagus Nerve Stimulation in Treatment-Resistant Depression: A Naturalistic Study. Biological Psychiatry 2005; 58: 355-363.

207. Nahas Z, Rush AJ, Sackeim HA, Marangell LB, Hussain MM, Lisanby SH, Johnson CR, **George MS**: Two Year Outcome of Vagus Nerve Stimulation (VNS) Therapy for Recurrent, Treatment Resistant Major Depression. J Clin Psychiatry 2005; 66: 1097-1104.

208. Marangell LB, Martinez M, Martinez J, **George MS,** Sackeim HA: Vagus Nerve Stimulation: A New Tool for Treating Depression. Primary Psychiatry 2005; 12(10); 40-43.

209. **George MS**, Nahas Z, Li X, Anderson B, Molnar C, Kose S, Borckardt JJ, Ricci R, Mu Q: Current Status of Daily Repetitive Transcranial Magnetic Stimulation of Depression. Primary Psychiatry 2005; 12(10); 51-58.

210. Kozel FA, Johnson KA, Mu Q, Grenesko EL, Laken SJ, **George MS**: Detecting Deception Using Functional Magnetic Resonance Imaging. Biological Psychiatry, 2005; 58(8): 605-613.

**2006**

211. Conway CR, Sheline YI, Chibnall JT, **George MS**, Fletcher JW, Mintun MA. Cerebral blood flow changes during vagus nerve stimulation for depression. Psychiatry Research. 2006;146(2):179-184.

212. Anderson B, Mishory A, Nahas Z, Borckardt JJ, Yamanaka K, Rastogi K, **George MS**: Tolerability and Safety of High Daily Doses of Repetitive Transcranial Magnetic Stimulation in Healthy Young Men. J ECT 2006; 22(1): 49-53.

213. Borckardt JJ, Anderson, BA, Kozel FA, Nahas Z, Smith AR, Thomas KJ, Kose S, **George MS**. A Case Report of Acute and Long-term VNS Effects on Pain and Depression. Neurocase, 2006;12: 1-5.

214. Johnson K, Ramsey D, Kozel FA, Bohning DE, Anderson B, Nahas Z, Sackeim HA, **George MS:** Using Imaging to Target the Prefrontal Cortex for TMS Studies in Treatment Resistant Depression. Dialogues in Clinical Neuroscience – Depression in Medicine 2006;8(2): 266-268.

215. Nemeroff CB, Mayberg HS, Krahl SE, McNamara J, Frazer A, Henry TR, **George MS**. VNS Therapy in Treatment-Resistant Depression: Clinical Evidence and Putative Neurobiological Mechanisms. Neuropsychopharmacology 2006; 31:1345-1355.

216. Borckardt JJ, Nahas Z, Koola J, **George MS**. Estimating Resting Motor Thresholds in TMS Research and Practice: A Computer Simulation Evaluation of Best Methods. J ECT. 2006;22:169-175.

217. Borckardt JJ, Smith AR, Hutcheson K, Johnson K, Nahas Z, Anderson B, Schneider MB, Reeves ST, **George MS**. Reducing pain and unpleasantness during repetitive transcranial magnetic stimulation. J ECT. Dec 2006;22(4):259-264.

218. Borckardt JJ, Weinstein M, Reeves ST, Kozel FA, Nahas Z, Smith AR, Byrne KT, Morgan K, **George MS.** Post-Operative Left Prefrontal Repetitive Transcranial Magnetic Stimulation (rTMS) Reduces Patient-Controlled Analgesia Use Anesthesiology. 2006;105:557-562.

219. **George MS.** Transcranial magnetic stimulation: a stimulating new method for treating depression, but saddled with the same old problems. Int J Neuropsychopharmacol. Dec 2006;9(6):637-640.

220. Nahas Z, Burns CM, Foust MJ, Short EB, Herbsman T, **George MS.** Vagus Nerve Stimulation (VNS) for Depression: What do we know now and what should be done next? Curr Psychiatry Rep. 2006;8(6):445-451.

**2007**

221. Bodenlos JS, Kose S, Borckardt JJ, Nahas Z, Shaw D, O'Neil PM, **George MS.** Vagus Nerve Stimulation Acutely Alters Food Craving in Adults with Depression. Appetite. 2007;48(2):145-153.

222. Nahas Z, Teneback C, Chae JH, Mu Q, Molnar C, Kozel FA, Walker J, Anderson B, Koola J, Kose S, Lomarev M, Bohning DE, **George MS**. Serial Vagus Nerve Stimulation Functional MRI (VNS/fMRI) in Treatment Resistant Depression. Neuropsychopharmacology. 2007;32(2):1-12.

223. O'Reardon JP, Solvason HB, Janicak PG, Sampson S, Eisenberg KE, Nahas Z, McDonald WM, Avery D, Fitzgerald PB, Loo C, Demitrack MA, **George MS**, Sackeim HA. Efficacy and Safety of Transcranial Magnetic Stimulation in the Acute Treatment of Major Depression: A Multi-site Randomized Controlled Trial. Biological Psychiatry. 2007; 62(11):1208-16.

224. **George MS,** Nahas Z, Borckardt JJ, Anderson B, Burns CM, Kose S, Short EB. Vagus Nerve Stimulation for the Treatment of Depression and other Neuropsychiatric Disorders. Expert Review of Neurotherapeutics. 2007;7(1):63-74.

225.   **George MS,** Nahas Z, Borckardt JJ, Anderson B, Foust MJ, Burns CM, Kose S, Short EB. Brain Stimulation for the Treatment of Psychiatric Disorders. Current Opinion in Psychiatry. 2007; 20(3):250-4; discussion 247-9.

226.   Hajcak G, Molnar C, **George MS,** Bolger K, Koola J, Nahas Z. Emotion facilitates action: A transcranial magnetic stimulation study of motor cortex excitability during picture viewing. Psychophysiology. 2007;44(1):91-97.

227.   Johnson KA, Kozel FA, Laken SJ, **George MS.** The Neuroscience Of Functional Magnetic Resonance Imaging Fmri For Deception Detection. [Comment]. American Journal Of Bioethics. 2007; 7: 58-60.

228.   Mu Q, Johnson K, Morgan PS, Grenesko EL, Molnar CE, Anderson B, Nahas Z, Kozel FA, Kose S, Knable M, Fernandes P, Nichols DE, Mailman RB, **George MS.** A Single 20 Mg Dose Of The Full D1 Dopamine Agonist Dihydrexidine (Dar-0100) Increases Prefrontal Perfusion In Schizophrenia. Schizophrenia Research, 2007; 94:332-41.

229.   Roberts DR, Ricci R, Funke FW, Ramsey P, Kelley W, Carroll JS, Ramsey D, Borckardt JJ, Johnson K. **George, MS.** Lower Limb Immobilization Is Associated With Increased Corticospinal Excitability. Experimental Brain Research, 2007; 181:213-20.

230.   **George MS,** Molnar CE, Grenesko EL, Anderson B, Mu Q, Johnson K, Nahas Z, Knable M, Fernandes P, Juncos J, Huang X, Nichols DE, Mailman RB. A Single 20 Mg Dose Of Dihydrexidine (Dar-0100), A Full Dopamine D1 Agonist, Is Safe And Tolerated In Patients With Schizophrenia. Schizophrenia Research, 2007; 93: 42-50.

231.   Toxopeus CM, DeVries PM, De Jong BM, Johnson KA, **George MS,** Bohning DE, Walker J, Leenders KL. (2007) Cerebral Activation Patterns Related To Initiation And Inhibition Of Hand Movement. Neuroreport, 2007;18: 1557-60.

232.   Borckardt JJ, Smith AR, Reeves ST, Weinstein M, Kozel FA, Nahas Z, Shelley N, Branham RK, Thomas KJ, **George MS.** Fifteen Minutes Of Left Prefrontal Repetitive Transcranial Magnetic Stimulation Acutely Increases Thermal Pain Thresholds In Healthy Adults. Pain Research & Management, 2007; 12: 287-90.

233.   Sackeim HA, Brannan SK, Rush AJ, George MS, Marangell LB, Allen J. Durability Of Antidepressant Response To Vagus Nerve Stimulation (VNS). International Journal Of Neuropsychopharmacology 2007; 10: 817-26.

234.   Short, EB, Kose S, Mu Q, Borckardt JJ, Newberg A, **George MS,** Kozel FA. Regional Brain Activation During Meditation Shows Time And Practice Effects: An Exploratory Fmri Study. Evidence-Based Complementary And Alternative Medicine, 2007 Doi: 10.1093/Ecam/Nem163.

**2008**

235.   Sackeim HA, **George MS.** Brain Stimulation - basic, translational and clinical research in neuromodulation: Why a new journal? Brain Stimulation: Basic, Translational and Clinical Studies in Neuromodulation. 2008;1(1):4-6

236.   **George MS,** Ward HE, Ninan PT, Pollack M, Nahas Z, Anderson B, Kose S, Howland RH, Goodman WK, Ballenger JC. A pilot study of vagus nerve stimulation (VNS) for treatment-resistant anxiety disorders. Brain Stimulation: Basic, Translational and Clinical Studies in Neuromodulation. 2008;1(2):112-121.

237.   Funk AP, **George MS.** Prefrontal EEG asymmetry as a potential biomarker of antidepressant treatment response with transcranial magnetic stimulation (TMS): a case series. Clinical EEG & Neuroscience: Official Journal of the EEG & Clinical Neuroscience Society (ENCS). Jul 2008;39(3):125-130.

238.   Bonilha L, Molnar C, Horner MD, Anderson B, Forster L, **George MS,** Nahas Z. Neurocognitive deficits and prefrontal cortical atrophy in patients with schizophrenia. Schizophrenia Research. Apr 2008;101(1-3):142-151.

239.   Avery DH, Isenberg KE, Sampson SM, Janicak PG, Lisanby SH, Maixner DF, Loo C, Thase ME, Demitrack MA, **George MS.** Transcranial magnetic stimulation in the acute treatment of major depressive disorder: clinical response in an open-label extension trial. Journal of Clinical Psychiatry. Mar 2008;69(3):441-451.

240.   de Vries PM, Johnson KA, de Jong BM, Gieteling EW, Bohning DE, **George MS,** Leenders KL. Changed patterns of cerebral activation related to clinically normal hand movement in cervical dystonia. Clinical Neurology & Neurosurgery. Feb 2008;110(2):120-128.

241. Arana AB, Borckardt JJ, Ricci R, Anderson B, Li X, Linder KJ, Long J, Sackeim HA, **George MS**. Focal Electrical Stimulation as a Sham Control for rTMS: Does it truly mimic the cutaneous sensation and pain of active prefrontal rTMS? Brain Stimulation: Basic, Translational and Clinical Studies in Neuromodulation. Jan, 2008 2008;1(1):44-51.

242. Borckardt J, Walker J, Branham RK, Rydin-Gray S, Hunter C, Beeson H, Reeves ST, Madan A, Sackeim HA, **George MS**. Development and Evaluation of a Portable Sham TMS System. Brain Stimulation: Basic, Translational and Clinical Studies in Neuromodulation. Jan, 2008 2008;1(1):52-59.

243. Borckardt JJ, Reeves ST, Weinstein M, Smith AR, Shelley N, Kozel FA, Byrne KT, Morgan K, **George MS**. Significant Analgesic Effects of One Session of Postoperative Left Prefrontal Cortex Repetitive Transcranial Magnetic Stimulation: A replication study. Brain Stimulation: Basic, Translational and Clinical Studies in Neuromodulation. 2008;1(2):122-127.

244. Borckardt JJ, Linder KJ, Ricci R, Li X, Anderson B, Arana AB, Nahas Z, Amassian V, Long J, **George MS**, Sackeim HA. Focal Electrically Administered Therapy (FEAT): Device parameter effects on stimulus perception in humans. J ECT. 2008;In press.

245. **George MS**. Known, forgotten and rediscovered--electricity and the brain. Clinical EEG & Neuroscience: Official Journal of the EEG & Clinical Neuroscience Society (ENCS). Jul 2008;39(3):V-VII.

246. **George MS**, Sackeim HA. Brain stimulation, revolutions, and the shifting time domain of depression. Biological Psychiatry. Sep 15 2008;64(6):447-448.

247. Benson BE, Willis MW, Ketter TA, Speer A, Kimbrell TA, **George MS**, Herscovitch P, Post RM. Interregional cerebral metabolic associativity during a continuous performance task (Part II): differential alterations in bipolar and unipolar disorders. Psychiatry Research. 2008 164(1):30-47

248. Willis MW, Benson BE, Ketter TA, Kimbrell TA, **George MS**, Speer AM, Herscovitch P, Post RM. Interregional cerebral metabolic associativity during a continuous performance task (Part I): healthy adults. Psychiatry Research 2008 164(1):16-29, 2008 Oct 30.

249. Rorden C, Davis B, **George MS**, Borckardt J, Fridriksson J. Broca's area is crucial for visual discrimination of speech but not non-speech oral movements. Brain stimulation 2008;1:383-5.

250. Ricci R, Ramsey D, Johnson K, et al. A pilot feasibility study of daily rTMS to modify corticospinal excitability during lower limb immobilization. Ther Clin Risk Manag 2008;4:1127-34.

251. Kozel FA, Johnson KA, Laken SJ, et al. Can simultaneously acquired electrodermal activity improve accuracy of fMRI detection of deception? Soc Neurosci 2008:1-8.

252. George MS, Sackeim HA. Brain stimulation, revolutions, and the shifting time domain of depression. Biological Psychiatry 2008;64:447-8.

253. Avery DH, Isenberg KE, Sampson SM, et al. Transcranial magnetic stimulation in the acute treatment of major depressive disorder: clinical response in an open-label extension trial. Journal of Clinical Psychiatry 2008;69:441-51.

**2009**
254. Lisanby SH, Husain MM, Rosenquist PB, Maixner D, Gutierrez R, Krystal A, Gilmer W, Marangell LB, Aaronson S, Daskalakis ZJ, Canterbury R, Richelson E, Sackeim HA, **George MS**. Daily left prefrontal repetitive transcranial magnetic stimulation in the acute treatment of major depression: clinical predictors of outcome in a multisite, randomized controlled clinical trial. Neuropsychopharmacology. 2009 34(2):522-34.

255. Herbsman T, Forster L, Molnar CE, Dougherty R, Christie D, Koola J, Ramsey D, Morgan PS, Bohning DE, **George MS**, Nahas Z. Motor threshold in transcranial magnetic stimulation: The impact of white matter fiber orientation and scalp-to-cortex distance. Human Brain Mapping. 2009;30:2044-55.

256. Anderson BS, Kavanagh K, Borckardt JJ, et al. Decreasing procedural pain over time of left prefrontal rtms for depression: Initial results from the open-label phase of a multisite trial (OPT-TMS). Brain Stimulation: Basic, Translational and Clinical Studies in Neuromodulation 2009;2:88-92.

257. Borckardt JJ, Linder KJ, Ricci R, et al. Focal electrically administered therapy: device parameter effects on stimulus perception in humans. The Journal of ECT 2009;25:91-8.

258. Borckardt JJ, Smith AR, Reeves ST, et al. A pilot study investigating the effects of fast left prefrontal rTMS on chronic neuropathic pain. Pain Med 2009;10:840-9.

259. de Vries PM, de Jong BM, Bohning DE, Walker JA, **George MS,** Leenders KL. Changes in cerebral activations during movement execution and imagery after parietal cortex TMS interleaved with 3T MRI. Brain Res 2009;18:56-68.

260. Herbsman T, Avery D, Ramsey D, et al. More lateral and anterior prefrontal coil location is associated with better repetitive transcranial magnetic stimulation antidepressant response. Biological Psychiatry 2009;66:509-15.

261. Herbsman T, Forster L, Molnar C, et al. Motor threshold in transcranial magnetic stimulation: the impact of white matter fiber orientation and skull-to-cortex distance. Human Brain Mapping 2009;30:2044-55.

262. Jin B, Strasburger A, Laken SJ, et al. Feature selection for fMRI-based deception detection. BMC Bioinformatics 2009;10 Suppl 9:S15.

263. Kozel FA, Johnson KA, Grenesko EL, et al. Functional MRI detection of deception after committing a mock sabotage crime. J Forensic Sci 2009;54:220-31.

264. Kozel FA, Johnson KA, Laken SJ, et al. Can simultaneously acquired electrodermal activity improve accuracy of fMRI detection of deception? Social Neuroscience 2009;4:510-7.

265. Kozel FA, Laken SJ, Johnson KA, et al. Replication of Functional MRI Detection of Deception. Open Forensic Sci J 2009;2:6-11.

266. Large CH, Daniel ED, Li X, **George MS.** Neural network dysfunction in bipolar depression: clues from the efficacy of lamotrigine. Biochem Soc Trans 2009;37:1080-4.

267. Li X, Ricci R, Large CH, Anderson B, Nahas Z, **George MS.** Lamotrigine and valproic acid have different effects on motorcortical neuronal excitability. Journal of Neural Transmission (Vienna, Austria : 1996) 2009.

268. Nahas Z, Anderson BS, Borckardt J, et al. Bilateral Epidural Prefrontal Cortical Stimulation for Treatment-Resistant Depression. Biological Psychiatry 2009.

269. Padberg F, **George MS.** Repetitive transcranial magnetic stimulation of the prefrontal cortex in depression. Exp Neurol 2009;219:2-13.

270. Ricci R, Ramsey D, Johnson K, et al. A pilot feasibility study of daily rTMS to modify corticospinal excitability during lower limb immobilization. Therapeutics & Clinical Risk Management 2009;4:1127-34.

271. Schlaepfer TE, **George MS,** Mayberg H. WFSBP Guidelines on Brain Stimulation Treatments in Psychiatry. World J Biol Psychiatry 2009:1-17.

**2010**

272. **George MS,** Aston-Jones G. Noninvasive techniques for probing neurocircuitry and treating illness: vagus nerve stimulation (VNS), transcranial magnetic stimulation (TMS) and transcranial direct current stimulation (tDCS). Neuropsychopharmacology. 2010 Jan;35(1):301-16.

273. Roberts DR, Ramsey D, Johnson K, Kola J, Ricci R, Hicks C, Borckardt JJ, Bloomberg JJ, Epstein C, **George MS.** Cerebral cortex plasticity after 90 days of bed rest: data from TMS and fMRI. Aviat Space Environ Med. 2010 Jan;81(1):30-40.

274. Hadley DL, Anderson B, Borckardt JJ, et al. Safety, Tolerability and Effectiveness of High Doses of Adjunctive Left Prefrontal Daily rTMS for Treatment Resistant Depression in a Clinical Setting. Journal of ECT 2010;IN PRESS.

275. **George MS,** Lisanby SH, Avery D, McDonald W, Durkalski V, Pavlicova M, Anderson B, Nahas Z, Bulow P, Zarkowski P, Holtzheimer P, Schwartz T, Sackeim HA. Daily Left Prefrontal Transcranial Magnetic Stimulation Therapy for Major Depressive Disorder: a Sham-Controlled Randomized Trial. Archives of General Psychiatry, 2010, In Press.

**Book Chapters:**

1. **George MS**, Ashwal S: Jean Martin Charcot. In, <u>The Founders of Child Neurology</u> (S. Ashwal, ed.) (San Francisco: Norman Publishing, 1990) 182-189.

2. **George MS**: Neuropathology of Parkinson's Disease. Unit 1 in the monograph, <u>Parkinson's Disease Learning System</u>. (Chapel Hill NC: Health Sciences Consortium, 1989) (Somerset Pharmaceuticals).

3. Morton WA, **George MS**: Diagnosis and treatment of Parkinson's Disease. Unit 2 in the monograph, <u>Parkinson's Disease Learning System</u> (Chapel Hill, NC: Health Sciences Consortium, 1989) (Somerset Pharmaceuticals).

4. Post RM, Weiss SRB, Ketter TA, **George MS**, Clark M, Rosen J: The temporal lobes and affective disorders. In <u>The Temporal Lobe and Limbic System: Basic and Clinical Perspectives</u> (T. Bolwig, M. Trimble (eds.)) Wrightson Biomedical Publishing Limited, England (1992; 247-265).

5. Post RM, **George MS**, Ketter TA, Denicoff K, Leverich G, Mikalauskas K: Mechanisms underlying cycle accelerations in affective disorders: Implications for long-term treatment. In (S. Montgomery, ed.) <u>Psychopharmacology of Depression</u>. Oxford: Oxford University Press (1994) 141-169.

6. **George MS**: The Contributions of PET and SPECT Toward a Psychopharmacologic Neuroanatomy of Obsessive-compulsive Disorder. In <u>Human Psychopharmacology: Methods and Measures (Vol 4)</u> I. Hindmarch, P.D. Stonier (Eds.) Chichester: John Wiley and Sons 1993 (pp.99-122).

7. **George MS**: Neuroactivation studies using SPECT: The current status. In <u>Braindiagnosis with Radionuclides: Current status and future aspects</u> G.S. Limouris, S.K. Shukla (Eds.) Athens: Mediterra 1992.

8. **George MS**, Kouris K, Ring HA, Costa DC, Ell PJ: Imaging Human Motor Cortex Activation With HMPAO SPECT. In <u>Braindiagnosis with Radionuclides: Current status and future aspects</u> G.S. Limouris, S.K. Shukla (Eds.) Athens: Mediterra 1992.

9. **George MS**: New Directions in Obsessive-Compulsive Disorder. In <u>Current Approaches to Psychiatry</u>, Duphar, 1992.

10. Post RM, Ketter TA, Pazzaglia PJ, Denicoff K, Marangell L, **George MS**: Anticonvulsants in Refractory Mood Disorders. In <u>Refractory Depression: Current Strategies and Future Directions</u>. W.A. Nolan, J. Zohar, S.P.Roose and J.D. Asterdam (Eds.) Chichester: John Wiley and Sons, 1994 (pp.97-113).

11. Post RM, Ketter TA, **George MS**: Psychiatric Syndromes and the Limbic System. American Academy of Neurology Symposium, 'The Limbic System in Neurology and Psychiatry' April 26, 1993, New York, N.Y.

12. **George MS**, Ketter TA, Kimbrell TA, Post RM: Brain Imaging. In <u>Mania: Clinical and Research Perspectives</u>. P.J. Goodnick (Ed.) American Psychiatric Press: Washington, DC, 1997, Chapter 11, 191-241.

13. Ketter TA, Post RM, Denicoff K, Pazzaglia PJ, Marangell LB, **George MS**, Callahan AM: Carbamazepine in the Treatment of Mania. in <u>Mania: Clinical and Research Perspectives</u>. P.J. Goodnick (Ed.) American Psychiatric Press: Washington, DC, 1997, Chapter 13, 263-301.

14. **George MS**, Ketter TA, Post RM: What Functional Imaging Studies Have Revealed About the Brain Basis of Mood and Emotion. In <u>Advances in Biological Psychiatry</u>, 2nd Ed. J. Panksepp (Ed.). JAI Press: Greenwich, Conn. 1996 Chapter 3, 63-113.

15. **George MS**, Greenberg BD: Obsessive-Compulsive Behavior. In <u>Epilepsy: A Comprehensive Textbook</u> J Engel, TA Pedly (eds). Raven Press, NY 1997, Volume 3, Chapter 269, 2791- 2796.

16. Post RM, Weiss SRB, Ketter TA, Denicoff KD, **George MS**, Frye M, Leverich GR. Kindling: Implications for the Etiology and Treatment of Mood Disorders. In <u>Current Review of Mood Disorders</u>. A. John Rush (ed.) Current Medicine, Philadelphia, PA.

17. Ketter TA, **George MS**, Kimbrell TA, Willis MW, Benson BE, Post RM: Neuroanatomical Models and Brain Imaging Studies. In Joffe RT, Young LT (eds) <u>Bipolar Disorder: Neurobiology and Clinical Applications</u>. Marcel Dekker, Inc., New York, 1995.

18. Post RM, Ketter TA, Denicoff K, Pazzaglia PJ, Marangell LB, Callahan AM, **George MS,** Frye MA: The Place of anticonvulsant therapy in bipolar illness. In Psychopharmacology (1996) 128:115-129.

19. **George MS**, Ketter TA, Kimbrell TA, Speer AM, Lorberbaum J, Liberatos CC, Nahas Z, Post RM: Neuroimaging Approaches to the Study of Emotion. In <u>The Neuropsychology of Emotion</u> (J. Borod Ed.). Oxford University Press, 1998.

20.  Ketter TA, Bench CJ, **George MS**, Kimbrell TA, Post RM: Structural and Functional Brain Imaging in Resistant Mood Disorders. In Textbook of Refractory Mood Disorders. (M. Hornig-Rohan, JD Amsterdam, A Nierenberg (Eds.)). Cambridge University Press, Cambridge, 1997.

21.  **George MS**, Speer AM, Bohning DE, Risch SC, Vincent DJ, Upadhyaya V, Kellner CH, Arana GW, Ballenger JC: New Methods for Understanding How the Brain Regulates Mood: Serial Perfusion fMRI and Transcranial Magnetic Stimulation. In Neuroimaging in Psychiatry, Rauch and Dougherty (eds), APA Press, 1998.

22.  **George MS**, Nahas Z, Speer AM, Kimbrell TA, Wassermann EM, Teneback CC, Molloy M, Bohning DE, Risch SC, Post RM: Transcranial Magnetic Stimulation: A New Method for Investigating the Neuroanatomy of Depression. In New Models of Depression, K. Ebmeier D. Ebert(eds), Karger, Basel; Advances in Biological Psychiatry, 19, 1998 vol 19 pp 94-122.

23.  **George MS**, Nahas Z, Speer AM, Lorberbaum J, Wassermann EM, Teneback CC, Molloy M, Bohning DE, Risch SC, Post RM: Repetitive Transcranial Magnetic Stimulation (rTMS) for the Treatment of Depression: Placebo-Controlled Clinical Trials and Combinations with Neuroimaging. In Magnetic Fields: Recent Advances in Diagnosis and Therapy. Prato (ed).

24.  **George MS**, Nahas Z, Lorberbaum JP, Bohning DE, Shastri A, Speer AM, Wassermann EM, Greenberg BD, Risch SC: Mood and Emotion. In Handbook of Magnetic Stimulation. Pascual-Leone, Davey, Wassermann, Rothwell (eds.), Arnold Publishers, 1998.

25.  **George MS**, McConnell KA et al. Textbook of Geriatric Neuropsychiatry (2nd Edition), American Psychiatric Press, Inc. Coffey and Cummings (Eds). 2000. pp. 267-284

**26.**  **George MS**, Belmaker RH: Historical Overview. In Transcranial Magnetic Stimulation in Neuropsychiatry. American Psychiatric Press, Inc, (George and Belmaker (Eds). 1999.

27.  **George MS**, Nahas Z, Bohning DE, Shastri A, Teneback C, Roberts DR, Speer AM, Lorberbaum JP, Vincent DJ, Owens SD, Kozel FA, Molloy M, Risch SC: Trancranial Magnetic Stimulation and Neuroimaging. In Transcranial Magnetic Stimulation in Neuropsychiatry. American Psychiatric Press, Inc, (George and Belmaker (Eds). 1999.

28.  **George MS**, Sallee FR, Nahas Z, Oliver NC, Wassermann EM: Transcranial Magnetic Stimulation (TMS) as a Research Tool in Tourette Syndrome and Related Disorders. In Tourette Syndrome and Associated Disorders. (Advances in Neurology) (Cohen, Goetz, Jankovic (eds)). 2001, pp 225-235.

29.  **George MS**, Lorberbaum JP, (MacLean P): Sexual Function in the Human Brain. In Encyclopedia of the Human Brain. Academic Press, 2002. pp. 355-365.

30.  **George MS**, Bohning DE: Measuring Brain Connectivity with Functional Imaging and Transcranial Magnetic Stimulation (TMS). In, Neuropsychopharmacology, Fifth Generation of Progress. Lipincott, Williams and Wilkins,Chapter 30, pp. 393-410, 2002.

31.  **George MS**: The Challenge of Deconvolving the Obsessive Compulsive Disorder Spectrum into Its Component Diseases. In Obsessive-Compulsive Disorder. Part of the World Psychiatry Association Series - Evidence and Experience in Psychiatry, Vol. 4, John Wiley and Sons, New York, 2000, pp. 244-246.

32.  **George MS**, Sackeim HA, Marangell LB, Husain MM, Nahas Z, Lisanby SH, Ballengjer JC, Rush AJ: Vagus Nerve Stimulation; A Potential Therapy for Resistant Depression. In Psychiatric Clinics of North America; Deoressuib; Recent Develoopments and Innovative Treatments (A. Nierenberg, ed). Volume 23 (4): Philadelphia, WB Saunders. December 2000, p757-783.

33.  **George MS**, Chae J-H, Nahas Z, Li X, Najib A, Lomarev M, Denslow S, Oliver NC, Bohning DE: Transcranial Magnetic Stimulation (rTMS) for the Treatment of Depression: Current Knowledge and Future Directions, in Psychiatric Clinics of North America; Annual of Drug Therapy, Volume 8: Philadelphia, WB Saunders, 2001; pp.31-54.

34.  **George MS**, Nahas Z, Li X, Chae J-H, Oliver NC, Najib A, Anderson B: New Depression Treatment Strategies: What Does the Future Hold for Therapeutic Uses of Minimally Invasive Brain Stimulation? A chapter in the American Psychiatric Press Review of Psychiatry (Volume 20). Within a section on 'Treatment of Resistant Depression', John Greden (Ed). 2000, chapter 5, pp. 103-142.

35.  Hamner MB, Lorberbaum JP, **George MS**: Limbic System. In The Corsini Encyclopedia of Psychology    and Behavioral Science, 3rd Edition, volume 2. (Craighead WE, Nemeroff CB, eds). 2001, Wiley, New York: 884-887.

36.  Rush AJ, **George MS**, Sackeim HA, Marangell LB, Husain MM, Nahas Z, Burt T, Johnson C: Vagus Nerve Stimulation, in Psychiatric Clinics of North America; Annual of Drug Therapy, Volume 8: Philadelphia, WB Saunders, 2001; pp.55-87.

37. **George MS**, Kozel FA. Other Antidepressant Therapies – Light Therapy, ECT, TMS, VNS. in Advances in the Management and Treatment of Depression. Thase and Potokar (Editors), Martin Dunitz Publishing, 2002.

38. **George MS**, Nahas Z, Bohning DE, Kozel FA, Anderson B, Chae J, Li X, Mu C. Potential Mechanisms of Action of VNS for Depression. In Vagus Nerve Stimulation (2nd Ed), Schachter and Schmidt (Eds), Martin Dunitz Publisher. 2002, 67-83.

39. **George MS**, Myrick H, Li X, Anton R. Assessing the Brain Sequelae of Alcoholism using Brain Imaging. in Alcoholism: A Practical Handbook, Johnson, Ruiz and Galanter (eds), Lippincott, Williams and Wilkins, 2003, 94-99.

40. **George MS**, Nahas Z, Kozel FA, Li X, Yamanaka K, Mishory A, Hill S, Bohning DE: Repetitive Transcranial Magnetic Stimulation (rTMS) for Depression and Other Indications. In Bioelectromagnetic Medicine, 2004 P. Rosch, M Markov (eds), Marcel Dekker. pp. 293-312.

41. **George MS**, Nahas Z, Kozel FA, Li X, Yamanaka K, Mishory A, Hill S, Bohning DE: Potential Therapeutic Uses of TMS in Psychiatric Disorders. In Magnetic Stimulation in Clinical Neurophysiology, Hallett, Chokroverty (eds), Butterworth-Heineman.

42. Kose S, **George MS**: Functional Magnetic Resonance Imaging Investigations in Mood Disorders. In: Soares JC, ed, Brain Imaging in Affective Disorders, ed, New York: Marcel Decker, Inc, 2003: 119-157.

43. **George MS**: Transcranial magnetic stimulation and vagus nerve stimulation: new approaches to antidepressant treatment. In Den Boer, ter Horst, George (eds), Current and Future Developments in Psychopharmacology. Benecke NI, Amsterdam, The Netherlands.

44. **George MS**, Najib A: David Ferrier. Encyclopedia of the Neurological Sciences (2003; pp 367-369), Elsevier Science.

45. Nahas Z, Lorberbaum JP, Kozel FA, **George MS**: Somatic Treatments in Psychiatry. In Panksepp (ed.) Textbook of Biological Psychiatry Wiley, New York, 2003.

46. Foust MJ, **George MS**: Electroconvulsive Therapy. In 2003 (ed.) Wiley Encyclopedia of Medical Devices and Instrumentation.

47. **George MS**, Nahas Z, Bohning DE, Kozel FA, Anderson B, Mu C, Borckardt J, Li X: (2005). Vagus Nerve Stimulation and Deep Brain Stimulation. In Textbook of Mood Disorders. D. J. Stein, D. J. Kupfer and A. F. Schatzberg. Washington, DC, APPI: 337-349.

48. **George MS**, Bohning DE, Li X, Nahas Z, Denslow S, Ramsey D, Roberts DR, Johnson KA, Ricci R, Borckardt JJ. Neuroimaging of rTMS Effects on the Brain. In: Marcolin M, Padberg F, eds. Transcranial Brain Stimulation in Mental Disorders. Berlin: Karger; 2007.

49. **George MS**. Somatic Treatments for Bipolar Disorder – ECT, VNS, TMS, In Bipolar Disorder: Clinical and Neurobiological Foundations Editors: Lakshmi N Yatham and Mario Maj, eds. Wiley Press 2010

50. **George MS**, Higgins ES, Nahas ZH. Newer Brain Stimulation Therapies: Vagus Nerve Stimulation (VNS), Transcranial Magnetic Stimulation (TMS), Transcranial Direct Current Stimulation (tDCS) and Deep Brain Stimulation (DBS), In American Psychiatric Publishing Textbook of Geriatric Neuropsychiatry, Third Edition  edited by C. Edward Coffey, M.D., and Jeffrey L. Cummings, M.D., eds., 2010.

**Books:**

**Written:**

**George MS**, Ring HA, Costa DC, Ell PJ, Kouris K, Jarritt P: <u>Neuroactivation and Neuroimaging with SPET.</u> London: Springer-Verlag, 1991.

Higgins E, **George MS**: <u>The Neuroscience of Clinical Psychiatry: the pathophysiology of behavior and mental illness. Baltimore:</u> Lippicott LW, 2007

Higgins E, **George MS**: <u>Brain Stimulation Therapies for Clinicians.</u> American Psychiatric Press, Inc, 2008.

Trimble MR, **George MS**: <u>Biological Psychiatry, 3rd Edition</u>. Wiley Press, 2010.

**Edited:**

**George MS,** Belmaker RH (eds.): <u>Transcranial Magnetic Stimulation in Neuropsychiatry</u>.  American Psychiatric Press, Inc, 2000.

JA den Boer, GJ ter Horst, **MS George** (eds): <u>Current and Future Developments in Psychopharmacology</u>. Elsevier Press, Inc. 2003

Stein DJ, Schatzberg A, Kupfer D (eds): <u>Textbook of Mood Disorders</u>. American Psychiatric Press, Inc, 2004. **George MS**  Section Editor of 'Somatic Treatments'.

**George MS,** Belmaker RH (eds.): <u>Transcranial Magnetic Stimulation in Clinical Psychiatry</u>. American Psychiatric Press, Inc, 2007

**Selected Abstracts for National and International Presentations:**
        (stopped active updating after 2002 (>300), not listing due to length, available on request)

**GRANT FUNDING:**

## FUNDED GRANTS (Past)

MUSC and UK Fellowship -Ciba-Geigy Grant, $5,000; Solvay-Duphar Grant $1,000; MUSC Resident Grant $2,000.

NIMH Intramural Grant Funding - 4 years of full-time support within the NIMH, DIRP, Bethesda, MD. Principal investigator on numerous projects involving mood disorders and emotion regulation using cerebrospinal fluid, brain imaging and transcranial magnetic stimulation.

Co-investigator (5% - 5,000/year) - Pergolide in Children with Tourette's Syndrome, F.R. Sallee PI. $428,336/ 3 years. Funded through the FDA, Orphan Drug Grant. Funded to begin 7/95.

Co-investigator - Limbic Sensitivity in Cocaine Addiction, Bryon Adinoff, PI. $274,738, R21 National Institute on Drug Abuse (NIDA) Funding began 11/95.

Co-investigator - Phase II, Eight-week, Double-blind, Placebo-controlled Pilot Study Evaluating the Toleration, Safety and Efficacy of Oral Ziprasidone (Cp-88,059-1) in Children and Adolescents with Tourette's Syndrome. Pfizer Pharmaceuticals. Floyd R. Sallee, PI. Start Date 5/96.

Principal Investigator - MR Spectroscopy measurements of NAA and MI in Probable Alzheimer's Disease Patients Before and After Treatment with Milameline or Placebo. Small Grant ($24,000) Parke-Davis.

Consultant - The Patrick and Catherine Weldon Donaghue Medical Research Foundation - Connecticut, - Dennis Charney,MD and Nash Boutros, MD co-principal investigators. Transcranial Magnetic Stimulation and Treatment
of Depression.

Co-investigator - Parke-Davis protocol #979-15 A 52 week, randomized, double-blind, placebo-controlled, multicenter study of milameline in patients with probable Alzheimer's disease with extended open label treatment. J. Mintzer, MD MUSC PI. Start 7/96.

Principal Investigator - ($60,000 over two years) - A Dose Finding Study of Left Prefrontal Rapid Transcranial Magnetic Stimulation (rTMS) to Treat Depression'. 1996 NARSAD Young Investigator Award. Start Date 6/96.

Principal Investigator (10% salary for 2 years) Serial fMRI Perfusion Scans in Rapid-cycling Bipolar Affective Disorder Subjects: A pilot study using a novel non-invasive tool to longitudinally examine regional brain activity changes as a function of mood and disease progression. ($150,000 over two years).Stanley Foundation 1996 Research Awards. Start Date 7/96.

Principal Investigator - Neurolite SPECT Imaging of rCBF as a Predictor of Response to Antidepressant Activity (Transcranial Magnetic Stimulation). ($60,000 of radiotracer) Dupont Pharma. CG #96028 1997-99.

Principal Investigator (M. George) Neotonus : A Multi-Site Clinical Trial of rTMS in the Treatment of Unipolar Depression 4/98-4/99      5% Effort  $80,000

Principal Investigator - Fast MRI Brain Scanning in Alcoholism, $25,000/year x 4 years - $75,000, part of a $1.7 million NIAAA Center Grant, James C. Ballenger, PI, Raymond F. Anton, and Carrie Randall, Coordinators. 2/95 - 2/99.

Principal Investigator - Volumetric and functional MRI scanning in schizophrenia patients before and after treatment with risperidone. Janssen Pharmaceutica. ($58,750) 8/96 - 8/99.

Principal investigator - Volumetric and Functional (Perfusion) MRI scanning in schizophrenia patients before, during and after treatment with Olanzepine:Using Imaging to Document Speed of Response. Eli Lilly $46,000 direct costs (Funded 4/97).

Principal Investigator (M George, PI) NARSAD Independent Investigator Award. Combining TMS with Echoplanar BOLD fMRI to Determine Optimum Treatment Parameters for Depression. 9/89-9/00. $100,000.

Co-investigator - NARSAD (M. Beale, PI) rTMS Following a Single ECT: Antidepressant and Cognitive Effects 6/98 - 5/00 5% Effort $60,000.

Co-investigator - MUSC Foundation for Research Development - IDEAS Grant (D. Bohning, PI) Phased-Solenoid Array Coil for Deep Focused Transcranial Stimulation. 1997-78 - $30,000.

Principal Investigator - Prefrontal Transcranial Magnetic Stimulation for the Treatment of Depression in Bipolar Affective Disorder: A Pilot Study of Acute Efficacy and Preventive Maintenance. ($150,000 over two years).Stanley Foundation 1998 Research Awards. Start Date 10/98.

Co-investigator (Mark Hamner, PI) VA Merit Neuroimaging in PTSD: Using IV Procaine and SPECT to Investigate Limbic Function 7/98 - 7/00 10% Effort $120,000 annual

Co-investigator - Non-neuroleptic treatments of childhood Tourette's Syndrome. F.R. Sallee, PI. NIMH RO1 (10% salary over 5 years). (Funded  3/97).  $1,385,000 over 5 years.

Co-investigator - RO1 DA11434-01A1 Limbic Sensitivity in Cocaine Addiction Bryon Adinoff, MD PI. NIDA, Funded 2/6/97 3 years $250,000/year. 20% effort. (M. George PI of Subcontract - 11,000/year).

Principal Investigator -Using Interleaved Transcranial Magnetic Stimulation (TMS) BOLD fMRI to measure cortical excitability and MRS glutamate over motor and prefrontal cortex in normal volunteers before and during treatment with lamotrigine.  Glaxo/SmithKline - $146,000 (5/01-10/03).

Principal Investigator - Defense Related Applications of Transcranial Magnetic Stimulation (TMS): Current Knowledge and a Focused, Applied Pilot Study – Defense Advanced Research Projects Agency (DARPA) - $300,000 (6/01 – 6/02).

Principal Investigator (M. George, PI) Cyberonics, Inc. DO1 - A Study of Vagus Nerve Stimulation in Patients with Depression: A Pilot and Efficacy Study 5/98-5/99 10% Effort  $240,000

Principal Investigator - The Functional Neuroanatomy of Borderline Pesonality Disorder: integrated fMRI and TMS studies testing dysfunctional circuits and developing a new treatment ($450,000 over 3 years). Swiss Foundation for Research in Personality Disorders. 1/00-1/03.

Co-Principal Investigator (With DE Bohning, PhD) - Vagal Nerve Stimulation Synchronized fMRI - VNS/fMRI (Cyberonics), $100,000 over one year (3/00-3/01).

Co-Principal Investigator (With DEB) Vagal Nerve Stimulation Synchronized fMRI - VNS/fMRI (Charles A. Dana Foundation for the Neurosciences). $100,000 total (2 years).

Co-investigator - Using Left Prefrontal TMS to Treat Schizophrenia Patients with Comorbid Major Depression. (Z. Nahas PI). Neotonus. Start 1/00 - $60,000 over two years.

Co-Principal investigator - Volumetric and functional MRI scanning in depression,social phobia and obsessive-compulsive disorder before and after treatment with fluvoxamine. Solvay-Duphar, $20,000 (Funded 4/97).

Co-Investigator - Methodology for Interleaved TMS and fMRI. Daryl E. Bohning, PhD, PI. NIMH R21.
$212,681 Direct Costs over 3 years. Start 6/99. 5% effort.

Consultant - Swiss National Scientific Research Grants - T. Schlaepfer, MD, PI. Effect of Rapid
Transcranial Magnetic Stimulation on Refractory Major Depression. Submitted 9/95, funding to begin 6/96.
7 years duration.

Principal Investigator -   Phase 1: An Initial Efficacy Test and Determination of the Optimum Dose of a
New AMPAkine Compound, CX516, on Measures of Sleepiness and Performance in Sleep-Deprived Adult
Volunteers. Phase II: A Test for Replication, Coupled with BOLD fMRI to Determine the Regional Brain
Activity Changes that CX516 Produces While Improving Sleep-Deprived Performance. Defense Advanced
Research Projects Agency (DARPA) - $275,000 over 1 year (start 4/03).

Principal Investigator – Creating a Man-Portable TMS System to Improve War-fighter Performance.
Defense Advanced Research Projects Agency (DARPA)  - $6,700,000 over 5 years. (Start 6/02).

Principal Investigator - NIH, NINDS, RO1- AG40956 Mood Effects of Deep Brain Stimulation in
Parkinson's Disease: A Combined DBS and MRI Study. $1,441,050 over three years. 10% Effort (Funding
starts 12/00).

Co-Investigator - Using fMRI to Develop New Treatments for Alcoholism, $100,000/year x 4 years, part of
a $1.7 million/year NIAAA Center Grant Renewal, James C. Ballenger, PI, Raymond F. Anton, and Carrie
Randall, Coordinators. 1/01-1/04.

Mentor - Jeff Lorberbaum, MD - VA National Award for Research Training in PTSD (Start 6/00, three
years).

 Co-investigator - Functional Imaging of the Human Brain in Health and Disease: Clinical and Research
Applications.  Academic Equipment Grant, Sun Microsystems. D.J. Vincent, PI. $155,700 (Start 5/01).

Co-investigator/mentor - An fMRI Study of Healthy Mothers Hearing Infant Cries. - J Lorberbaum, PI.
R01, NIH, $459,632 over 3 years. 5%Effort. (Start 10/00).

PI: M. George, Apr., 2004 – Sept.,2005, Stanley Medical Research Institute, 30% effort, $280,000, "A Pilot
Proof of Concept Study Assessing the Effects  of DAR-0100 on Regional Brain Activity ( Blood Flow and
Task-Specific Activation) in Patients with Schizophrenia", Goal:  To test the effects of DAR-0100, as
compared to placebo, on measures of resting blood flow in the prefrontal cortex of patients with
schizophrenia.

Principal Investigator - A Long-Term, Prospective, Multicenter Study to Compare the Clinical, Quality of
Life, Health Care Utilization and Productivity Outcomes of the NeuroCybernetic Prosthesis (NCP®)
System to Standard-of-Care Treatment in Patients with Depression.  Cyberonics, Inc.- $52,000 (Start 1/01).

Principal Investigator - A Multicenter, Pivotal, Safety and Efficacy Study of Vagal Nerve Stimulation
Delivered by the  NeuroCybernetic Prosthesis (NCP®) System in Patients with Treatment Resistant
Depression (Cyberonics, inc). $407,000 over three years (Start 8/00).

Principal Investigator - A Safety and Efficacy Multi-site Study of Vagus Nerve Stimulation (VNS™)  using
the NeuroCybernetic Prosthesis (NCP®) System in Patients with Refractory Anxiety Disorders ($300,000
over three years)(start 11/00).

Co-Principal Investigator – (With Prof. Gordon Baylis, USC, Columbia), Using Functional Magnetic
Resonance Imaging (MRI) and Evoked Potentials (EP) to Understand Dysfunctional Attentional Networks
in Young Adults with Attention Deficit Disorder. (MUSC, $50,000/year over three years. Sponsor: SC
Research Collaboration (Start 6/02).

Co-Investigator - (Z Nahas, PI) Prefrontal rTMS For Negative Symptoms Of Schizophrenia ($350,000 over three years: NIMH) start 1/03.

Co-I: M.George, Jan., 2004–Dec., 2005, Ely Lilly & Co, 5% Effort, $149,000,"Efficacy and Safety of Olanzapine in Patients with Borderline Personality Disorder: A Randomized Double-Blind Comparison with Placebo", Goal: To assess the efficacy of olanzapine therapy as compared with placebo in patients with Borderline Personality Disorder.

Co-investigator – (D. Roberts, PI) Human Cerebral Cortex Plasticity in Response to Long-Term Microgravity Exposure. NASA Space Life Sciences - $342,310 over 2 years (submitted 9/01).

Co-investigator (Nahas, PI) – A Randomized Multi-Center Study of Repetitive Transcranial Magnetic Stimulation (rTMS) in the Treatment of Refractory Depression Compared to A Sham Treatment. NeuroNetics, LLC. (230,000 over 14 months).

Consultant - Transcranial Magnetic Stimulation Treatment of Depression - David Avery, PI - R01, NIMH, $1,008,696 over three years (funded 2/00).

Mentor - Hugh Myrick, PI - Training in Functional Imaging and Alcohol Withdrawal. NIAAA (K award) starts 7/00, $695,250 over 5 years (Start 7/00).

Mentor – F. Andrew Kozel, MD - VA National Award for Research Training in PTSD (Start 6/01, three years).

Co-I (L.Key, PI).- Clinical Research Curriculum Award (CRCA) (to provide a broad-based, multidisciplinary, clinical research training program at the Medical University of South Carolina (MUSC)), NIH - $300,000.

Mentor (Kozel, PI) – Investigating the Neurocircuitry of Geriatric Depression. NIMH K23. $880,932 over 5 years (Start 6/04).

Mentor (D. Roberts, PI) – MUSC Intramural Grants - Human Cerebral Cortex Plasticity in Response to Lower Limb Immobilization (Submitted 8/01).

George (PI)                    2/05-10/06
Glaxo-Smith Kline
Using Motor and Prefrontal Cortex Interleaved Transcranial Magnetic Stimulation (TMS) BOLD fMRI to Compare the Mechanism of Action of Lamotrigine to Valproic Acid in Normal Volunteers
The title explains this one, following up on earlier work.

George (PI)                    2/05-2/07
US Army/Department of Defense Polygraph Institute
Functional Magnetic Resonance Imaging (fMRI) Detection of Deception
To extend prior work and test for replication using more real-world situations of jeopardy.

NASA           Roberts (PI)                              06/04-07/07
Human Cerebral Cortex Plasticity in Response to Lower Limb Immobilization as an Analog to Microgravity
To use TMS to measure cortical excitability changes in subjects undergoing prolonged bedrest.
Role: Co-I

NASA - EPSCOR                              George (PI)
          06/04-07/07
Remediation of Motor Control Degradation via Application of rTMS to the motor cortex
A pilot feasibility study to determine whether one could use daily TMS to interrupt plasticity changes in subjects with leg casting.

Role: PI

## FUNDED GRANTS (Current)

**George, Mark S.**

**5 P20 DA022658-02** (See) 09/30/06 - 08/31/10          0.60 months
NIH/NIDA                                    $146,902          Co-Investigator
*Translational Research in Addiction Center - Project 2*

**5 R01 MH069896-04** (George) 09/15/04 - 05/31/09          1.80 months
NIH/NIMH                                    $225,021          Principal Investigator
*Optimization of TMS for Depression - Clinical Center Grant*

**5 R01 MH069887-04** (George) 09/29/04 - 05/31/09          2.40 months
NIH/NIMH                                    $388,286          Principal Investigator
*Optimization of TMS for Depression - Coordinating Center*

**1 R21 MH078046-01** (George) 7/1/2008 - 6/30/2012          0.06months
USAMRMC                                    $285,524          Principal Investigator
*The establishment of a Post-Traumatic Stress Disorder*
*and Traumatic Brain Injury (PTSD/TBI) Clinical Consortium Study Site*

**1R21DA026085-01** (Brady, George) 9/1/2008 - 8/31/2012          1.20 months
NIH/NIDA                                    $257,953          Principal Investigator
*The Impact of Real-time fMRI Feedback on Response*
*to Nicotine Cues*

**1R21NR010635-01A2** (Borckardt) 12/1/2009 - 11/30/2011          0.60 months
NIH/Nursing                                    $182,500          Co -Investigator
*TMS in the Management of Postoperative Pain*

**R01 DC009571** ( Rorden)                     01/01/09          Co-Investigator
NIDCD                                         1,250,000
A Unified Neuroanatomical Model of Speech Production and Perception:  Implication for Apraxia of
Speech And conduction Aphasi

**R01 NS054266-01A1** (Rorden)          1.2 Months          5/01/2006-4/31/2011  Co-Investigator
NIH/CNDS                                    $29,464
Dissociating Components of the Attentional Network in Neglect.

**VA Cooperative Studies Program Grant # 556** (Yesavage) 01/06/09-01/05/1014
DOD/VA                                    $8 Million National
Charleston PI, Exec Planning Board Member
*The Effectiveness of rTMS in Depressed VA Patients*

George                                         01/06/09-01/06/11
Brainsway, Inc                              $55,000 Principal Investigator
A Prospective Multicenter Double Blind Randomized Controlled Trial to Explore the Tolerability, Safety
and Efficacy of the H-Coil deep Transcranial Magnetic Stimulation (TMS) in Subjects with Major
Depression Disorder (MDD)

Nahas                                                  09/13/05 - 09/12/1 0.24 months
Cyberonics, Inc.                                               $98,400     Co-Investigator
*Treatment-Resistant Depression Registry*

1 T32 HD052274-01 Tilley (PI)     06/05-07/09
Biostatistical Training in Clinical Research
NIH/NICHD
Role: Faculty Steering Committee

Mentor (Nahaz, PI) – Training in Deep Brain Stimulation (DBS) and Rodent Antidepressant-Screen Models. NIMH K08. $814,431 over 5 years (Start 6/1/04).

1 R01 NS054266-01A1 Rorden (PI)     5/06-4/11
Dissociating Components of the Attentional Network in Neglect
NIH/CNDS
Role     co-I (5%)

**Patents and Invention Disclosures:**

1) MR-Guided/MR-Compatible Pneumo-Mechanical TMS Coil Positioner TMS – with Daryl Bohning, PhD, Invention Disclosure, Filed  5/17/02. US Provisional Patent # 60/381,411.

2) System and Method of Using Synchronized Vagus Nerve Stimulation and funtional MRI to Determine the Optimum Individual Settings of VNS as Therapy. with Daryl Bohning, PhD and Ziad Nahas, MD. Filed 5/3/02. US Provisional Patent # 60/377,692

3) System and Method of Detecting Deception by fMRI. With F. A. Kozel, MD. Invention Disclosure filed 12/20/01. Provisional Patent # 60/341,137.

4) Methods and System of Using Transcranial Magnetic Stimulation to Enhance Cognitive Performance. With Daryl E. Bohning, PhD. Invention Disclosure filed 3/25/02. #19113.0093U1, provisional 60/367,520.

5) System and Method of Inhibiting the Ability to Decieve Using Functional Magnetic Resonance Imaging-guided TMS. With F.A. Kozel. Invention Disclosure filed 12/02/01.  US no 10/868,045, international # PCT/US2005/020910.

6) Method and System of Using Interleaved TMS and fMRI to Assess the Regional Brain Effects of CNS active Compounds. With Daryl Bohning and Ziad Nahas. Filed 7/02.

7) Using Ampakine Compounds to Mitigate the Cognitive Deficits Caused by ECT or Other Forms of Brain Stimulation or Brain Surgery. With several others. ID Filed 8/03.

8) Systems for Using Psychophysiological Responses to Determine the Optimum VNS Dose for Individual Patients (Including a Method for Rapidly Determining TMS MT). With several others. ID filed 8/03.

**Book and Chapter Reviews, published commentary:**

Animal models of depression by Koob GF, Ehlers CL, Kupfer DJ (eds). Neurology 1990.

Emotions and the dual brain by Gainotti G, Caltagirone C (eds.) Neurology 1990;40,10:1640.

The triune brain in evolution: Role in paleocerebral functions, by Maclean, PD. Neuropsychiatry, Neuropsychology and Behavioral Neurology 1992:5,1:68-69.

Brainstem mechanisms of behavior by Klemm, Robert P. Vertes (eds.). Neuropsychiatry, Neuropsychology and Behavioral Neurology 1992:5,1:67-68.

Delirium: Acute confusional states by Lipowski ZJ. Neurology 1991;41:614.

Current and future trends in anticonvulsant, anxiety and stroke therapy by Meldrum BS and Williams M (eds). Neuropsychiatry, Neuropsychology and Behavioral Neurology 1992:5,1: 72-73.

Lateral Asymmetries and Hemispheric Specialization by Anke Bouma. Neurology 1991.

Foundations of the Neuron Doctrine by Gordon M. Shepherd. Neurology 1992; 42:1258-59.

Anxiety in the Elderly: Treatment and Research by Carl Salzman, Barry D.   Lebowitz (eds). American       Journal of Psychiatry 1993; 150:1264.

Biological Psychiatry (Vols 1 and 2) by G. Racagni, N. Brunello, T. Fukuda (eds). American Journal of Psychiatry 1993; 150:1558.

Hypnosis in the Treatment of Depressions: Strategies for Change by  Michael Yapko. Neurology 1993;43:1275.

Aging and Neuropsychological Assessment by Asenath La Rue. Neurology   1993;43:1868.

Psychological Aspects of Depression by I.H. Gotlib, C.L. Hammen. American Journal of Psychiatry 1994;151:140.

Brain Activation by Per E. Roland. American Journal of Psychiatry 1994; 151:1515.

Neurobiology of Cingulate Cortex and Limbic Thalamus by B.A. Vogt, M. Gabriel (eds). Neurology 1994; 44:2425-2526.

Feminist Perspectives on Eating Disorders by P. Fallon. J Nervous and Mental Disease 1955; 183, 4: 275-276.

Seminars in Basic Neurosciences by G. Morgan, S. Butler (eds). American Journal of Psychiatry 1995; 152,4:  639-640.

The Neurology of Thinking by D. Frank Benson. Neurology 1995; 45: 1244.

Textbook of Geriatric Neuropsychiatry by C.E.Coffey, J Cummings (eds). American Journal of Psychiatry    1996; 153, 435.

"Evidence & Experience in Psychiatry" Volume 4, Chapter 5: OCD Spectrum. By Eric Hollander, M.D., Jennifer Rosen, B.S. World Psychiatric Association, 2000

Functional MRI: An Introduction to Methods. Eds Peter Jezzard, Paul N. Matthews, Stephen M. Smith, Oxford Medical Publications, 2002. Published in Radiology, 2002. …

## Current and Past Mentees and Current Academic Positions:

| Trainee Last Name | Trainee First Name | Training Duration | Training Description | Degree Earned Prior to Training | Title of Project | Current Position | Source of Support |
|---|---|---|---|---|---|---|---|
| George, Mark B | | | | | | | |
| Speer | Andrew M | 1995-1996 | Postdoctoral Fellow | MD | Imaging of mania | Staff Scientist, NIMH, DIRP/LBC, Bethesda, MD | |
| Upadhyaya | Vidya | 1996-2001 | Postdoctoral Fellow | MD, 1996 | Several fMRI of alcohol craving | Adjunct Faculty, Dept of Psychiatry, MUSC | |
| Li | Xingbao | 2000-Present | Visiting Scientist | MD, Xiangdong Univ, China | Vagus nerve stimulation therapy | Visiting Scientist, MUSC | Chinese Nat'l scholarship & visiting scientist award |
| Chae | Jong-Ho | 2000-2002 | Postdoctoral Fellow | MD/PhD, Catholic Univ, Seoul, Korea | Brain magnetic stimulation | Associate Professor, Catholic Univ, Seoul, Korea | |
| Myrick | Donald L. (Hugh) | 2000-Present | Mentored Faculty Investigator | MD, MUSC, 1992 | Functional neuroimaging of brain plasticity in dependence and withdrawal | Associate Professor, Dept of Psychiatry & Behavioral Sciences, MUSC | K Award, NIAA, K23 AA000314 |
| Lorberbaum | Jeffery | 1997-2005 | Postdoctoral Fellow | MD, Stanford Univ, 1992 | fMRI study of healthy mothers hearing infant cries | Faculty, Penn State Univ | NIH R01 Award |
| Nahas | Ziad | 2000-2003 | Mentored Faculty Investigator | MD, St. Joseph Univ, Lebanon, 1992 | Interleaved prefrontal TMS/fMRI in schizophrenia | Associate Professor, Dept of Psychiatry, MUSC | NIH R21 Award |
| Kozel | Andrew Frank | 6/5/98-present | Mentored Faculty Investigator | MD, Univ of VA School of Medicine, 1993 | Neuroimaging and cognition; neurocircuitry of geriatric depression | Assistant Professor, Dept of Psychiatry, Univ of TX Southwestern, Dallas, TX | K Award pending |
| Halford | Jon | 1995-1996 | MD/PhD Student | BS | Adult epilepsy and general adult neurology | Assistant Professor, Dept of Neurology, MUSC | |
| Greenshields | Andrew | 1996 | Postdoctoral Fellow | MD, MUSC, 2000 | Perfusion MRI studies of Alzheimer's dementia patients | Resident in Radiology & Research mesh, MUSC | |
| McConnell Blumenthal | Kathleen | 1997-2001 | Medical Student | BS | Using TMS/fMRI to understand aging effects on brain excitability | Resident, Albert Einstein Univ; Combined program in neurology, neurosurgery and neuroradiology | AOA Grant |
| Najib | Arif | 2002-2003 | MD/PhD Student | BS, Univ of Tuebingen | Separation of distress imaging study | Resident, Dept of Neurology, Univ of Tubingen, Germany | |
| Lomarev | Michael | 2000-2004 | Postdoctoral Fellow | MD/PhD, Institute of Human Brain, St. Petersburg, Russia | Functional neuroimaging | Intramural Scientist with Mark Hallett, MD- Bethesda, MD | |
| Teneback | Charlotte C. | 1998-2004 | Medical Student | BS | Using trigeminal transcranial magnetic stimulation (TMS) BOLD fMRI to measure cortical excitability over motor and prefrontal cortex in normal volunteers before and after treatment with lamotrigine | Resident, Internal Medicine, Dartmouth College | College of Medicine funding |
| Yamanaka | Kaori | 2001-2004 | MD/PhD Student | BS | sleep deprivation work and functional brain imaging | Clinical Psychiatry Practice, Japan | |
| Mu | Qiwen | 2002-Present | Visiting Scientist | PhD | Neuroradiology visiting scientist on ph fMRI | Visiting Scientist, Dept of Psychiatry & Behavioral Sciences, MUSC | |
| Mishory | Alexander | 2002-2004 | Medical Student | BS | Cognitive and sleep deprivation functional brain imaging | Faculty, Dept of Psychiatry, Beer-Sheba Univ, Israel | |
| Revell Peterson | Letty J. | 2000 | Summer Health Professions Research Student | BS | Changes in brain activity between truth and deceptive statements as monitored through BOLD fMRI scanning | Resident, Dept of Medicine, Medical College of GA | NIH T35 DK07431 |
| Roberts | Donna | 1996-2004 | Postdoctoral Fellow | MD, MUSC, 1996 | Human cerebral cortex plasticity: bold fMRI and optical imaging of functional cortex in humans | Assistant Professor of Radiology, MUSC | |
| Yajnik | Amol | 2002 | Summer Health Prof Res Student | BS | Effects of transcranial magnetic stimulation on the cognitive performance of young adults | Medical Student, MUSC | Institutional Funds |
| Carroll | Scott J. | 2002-Present | Medical Student | BS | Human cerebral cortex plasticity in response to lower limb immobilization | Medical Student, MUSC | Institutional Funds |
| Borckardt | Jeff J. | 2003-Present | Mentored Faculty Investigator | PhD | Pain and brain stimulation | Associate Professor, Dept of Psychiatry & Behavioral Sciences, MUSC | K23 AA000314 |
| Molnar | Christine | 2003-Present | Postdoctoral Fellow | PhD | Affective processing | Postdoctoral Fellow, MUSC | |
| Ross | Samet | 2004-Present | Postdoctoral Fellow | MD | Anxiety disorder, TMS, VNS | Postdoctoral Fellow, MUSC | |
| Johnson | Kevin | 2003-Present | PhD Student | BS | TMS and conditioning | PhD Student, MUSC | |
| Ricci | Raffaella | 2005-Present | Visiting Scientist | PhD | TMS and attention | Visiting Scientist, Dept of Psychiatry & Behavioral Sciences, MUSC | |
| Guillarmas | Paulo | 2004-Present | Postdoctoral Fellow | PhD | Statistical approaches to image data analysis derived from economics | Postdoctoral Fellow, MUSC | |
| Koola | Jejo J. | 2002-Present | Medical Student | BS | TMS methods development | Medical Student, Dept of Psychiatry & Behavioral Sciences, MUSC | |

**Past –(Updated 3/03)**

<u>Jon Halford, MD</u>, Medical Student MUSC 1995,6 - Duke Neurology Residency, followed by Psychiatry Residency, and now doing Neuroimaging Research. Returned to MUSC Fall 2003 as an Assistant Professor in Neurology.

<u>Andrew M. Speer, MD</u> – Post-Psychiatry residency research fellow, 1995,6, Senior Staff Fellow, NIMH, DIRP, Bethesda, MD

<u>Andrew Greenshields, MD</u> – Medical Student, MUSC (1,2) 1996 – Matched as a First Year Resident in Radiology and Research MUSC

<u>Courtney Bloomer,</u> - Research Assistant, 1998-9 – now Second year medical student at Jefferson Medical School, Philadelphia, PA

<u>Lucy McGavin, MD (now Lee)</u> – Visiting Student, 1998-9 – now predoctoral student at the University College of London, Studying with the Functional Imaging Laboratory at Queen Square.

<u>Susan Owens,</u> - Research Assistant, 1998-9, now University of South Florida Graduate School in Psychology, doing functional imaging research.

<u>Kathleen McConnell,</u> - Now Senior medical student at MUSC, initially worked in the imaging lab as a research assistant for one year 1997-8, has continued to work on summers and part-time. Several peer-reviewed papers and chapters. Recently awarded a prestigious AOA grant for fMRI work in brain tumor patients. Currently pursuing residency training at Mt. Sinai in combined neuroradiology, neurology and neurosurgery.

<u>Vidya Upadhaya, MD</u> – Initially worked in the lab for one year as a research assistant following medical school (1996-7). She completed her psychiatry residency and did a one year clinical research fellowship with CDAP, followed by a more intensive NIDA research fellowship. She has published several peer-reviewed papers and has won several national honors. She most recently won an APA Program for Minorities in Research Training fellowship, which provided salary support for one year. Currently in private practice of psychiatry in Charleston, SC.

<u>Jong-Ho Chae, MD, PhD</u> - Visiting Scholar from Seoul, Korea to BSL and CAIR – 6/00 – 1/02. Now faculty at the Catholic University of Korea, Seoul.

<u>Arif Najib, MD</u> - Won a prestiguous research fellowship from Tubingen, Germany as a medical student to study for one year with the CAIR. Designed a separation distress imaging study, published in the American Journal of Psychiatry. Now pursuing residency training in Germany.

<u>Michael Lomarev, MD, PhD</u> - Visiting Scholar from Institute of the Human Brain, St. Petersburg, Russia. Now a scientist with Dr. Mark Hallett's lab in the intramural NINDS program in Bethesda, MD.

<u>F. Andrew Kozel, MD</u> – 2000-2005, MUSC Psychiatry resident and Chief Resident. Research fellow in the BSL, VA Neuroscience and later NIMH K Award. Now Assistant Professor, UTSW-Dallas.

<u>Charlotte Teneback</u> – Initially worked in the lab for one year following undergraduate graduation (1997-8). She left for graduate school in neuroscience and then returned and decided to apply for medical school due to a need for more clinically oriented research. She has worked for the past two years with Drs. Hamner and George on a VA Merit Grant. Graduated Medical School Class at MUSC 2004. Internal Medicine Resident at Dartmouth.

<u>Jeff Lorberbaum, MD</u> – Began at MUSC as a Post-residency clinical research fellowship in 1997 from Stanford. Most recently won a VA Neuroscience Award and an R01. Many publications and a rising star with several recent national honors. Now Junior Faculty at Penn State University

Ziad Nahas, MD – Began here as a Post-residency clinical research felllow in 1997 from Baylor. Recent NIMH K award . He is a junior faculty in the MUSC Department of Psychiatry.

Hugh Myrick, MD – Junior Faculty in Psychiatry at MUSC. Collaborated with the imaging lab as a resident and junior faculty. K-award recipient from NIAAA in functional brain imaging and alcohol. Now Junior faculty at MUSC

Kaori Yamanaka, MD - Visting Scholar from Tokyo, Japan – 1/01-4/03. Received PhD for her work with the BSL and CAIR, primarily around DARPA sleep deprivation work and functional brain imaging.

Alexander Mishory, MD – Visiting Scholar from Israel (2002-2004). Deceased 2006.

Donna Roberts, MD – Former NASA scientist who worked with the lab as a MUSC Medical Student from 1996-1999. She has several prominent publications and won several national awards. She chose to stay at MUSC and do a Research Residency in Radiology, the first at MUSC and one of the first in the country. Radiology Resident in a special research track. Won a prestigious RSNA award for salary for 2 years of focused imaging research at MUSC (Holman Research Pathway). Completing a combined research/clinical neuroradiology residency at UCSF. NASA grant recipient. Now junior faculty at MUSC Neuroradiology Department

XingBao Li, MD – Chinese National Scholarship and Visiting Scholar from Shangdung Province, China. Arrived 6/99. Continues with the BSL and CAIR as faculty.

Chiwen Mu, MD, PhD – (2/02 to present) Visiting scientist from Bejing, China. Neuroradiologist. Has worked with NIDA program on phfMRI in Wisconsin. Currently with CAIR at MUSC, accepted for Neuroradiology position at MUSC in summer 2010.

Rafaella Ricci, PhD – Visiting Scholar, cognitive neuroscientist from Italy. Now on faculty in Torino and visiting MUSC with an international award, doing TMS/fMRI over parietal cortex to produce virtual neglect lesions.

Jeffrey Borckardt, PhD – K awardee, now on Faculty at MUSC.

Kevin Johnson, PhD, RN – Completed neuroscience PhD at MUSC, followed by RN degree. Now on post-doctoral fellowship at Stanford.

Jejo Koola, MD – MUSC medical student, worked with the lab over summers, now at UVA doing residency in internal medicine.

**Invited and Named Lectures, Visiting Professorships:**

May, 1998 - Pfizer Visiting Professorship Award - UC Davis

Plenary Speaker, 4th International Conference on OCD, St. Thomas, VI, Feb, 2000. "Research and Clinical Adances in Brain Stimulation Techniques".

Plenary Session, Annual Meeting of the Chinese Medical Association, Taipai, Taiwan, June, 2001: "Minimally Invasive Brain Stimulation."

Guest Speaker, Human Systems Conference 2001, Exploring the Human Frontier. The International Conference on Technologies for Human Factors and Psycho-Social Adaptation in Space and Terrestrial Applications. June, 2001, Houston, TX. "Transcranial Magnetic Stimulation as a Treatment for Depression and Potential Tool on Long-Range Missions"

12th Annual Samuel Guze Memorial Lecture, Washington Univeristy (St.Louis) Psychiatry Department, November 6, 2001

Visiting Professor, University of Groningen, Holland (July, 2001)– Department of Biological Psychiatry. Gave several lectures on gender differences in brain activity with respect to emotion, as well as lectures on TMS and VNS.

Plenary Lecture, Annual Danish Psychiatric Association Meeting, March 2, 2003.

Keynote Address, 36th Annual Meeting of the Royal Australian and New Zealand College of Psychiatrists (RANZCP), Hobart, Australia, May 17, 2003 – Title: Tickling the Brain: An overview of new technologies for treating depression.

UCLA Rosen Memorial Lecture , 2/17/06

Israel, Ber-Sheeva, Dozor Visiting Scholar, 4/3-4/10/06 – Lectures in Ber-Sheeva, Jerusalem, Tel-Aviv, Haifa.

Johns Hopkins Invited Memorial Grand Rounds – 5/2/06

University of Connecticut Staben Lecture, 10/08.

**AWARDS, ACTIVITIES AND HONORS:**

High School:
>    Eagle Scout, Newspaper co-editor, soccer and cross-country team captain, president of the high school Honor Society, treasurer of the S.C. chapter of the National Honor Society, Boys State delegate.

College:
>    Charles Dana and Joseph McConnell Honor Scholar
>    National Honor Society Scholarship Recipient
>    Member, Debate Team
>    Member, Newspaper Staff
>    Cum Laude graduate

Internship and Residency:
>    Teaching
>    Nominated, 1986 MUSC Golden Apple Award.
>    Recipient, 1987 House Officers Excellence Award.
>    Recipient, 1988-89 Psychiatry Golden Apple Award.
>    Recipient, 1989 Association For Academic Psychiatry/Mead Johnson Fellowship in Academic Psychiatry.

>    Administration
>    Neurology representative, MUSC Executive Housestaff Committee, 1988-89.
>    Housestaff representative, MUSC Risk Management Committee, 1988-89.
>    Chief Resident, Neurology, 1989-90.
>    Recipient, 1989-90 American Medical Association/Burroughs Wellcome Leadership Program for Resident Physicians.
>    S.C. Delegate, Interim Meeting, American Medical Association Resident Physician Section, Dec. 1-2, 1989.
>    S.C. Delegate, Annual Meeting, American Medical Association Resident Physician Section, June 23-25,    1990.

>    Academic
>    Best Poster Presentation, American Association for the Study of Headache, 31st Annual Scientific Meeting,    June 16-19, 1989. "A Study of the Seasonal Variation of Migraine."
>    1989 - The Benjamin C. Riggs Award for Best Resident Paper.
>    1989 - The Upjohn Young Investigators Award.
>    1990 - The Benjamin C. Riggs Award for Best Resident Paper.

Fellowship Training
>    American College of Neuropsychopharmacology (ACNP)/Mead Johnson Travel Awardee, ACNP Annual Meeting, San Juan Puerto Rico, December, 1992
>    NIMH Award for Excellence in Clinical Care and Research, 1993
>    American Neuropsychiatric Association Young Investigator Award, 1995

MUSC Faculty - Awards

| | |
|---|---|
| 1996 | NARSAD Young Investigator Award |
| 1997 | Southern Association for Research in Psychiatry Outstanding Young Investigator |
| 1998 | Pfizer Visiting Professorship Award - UC Davis |
| 1998 | NARSAD Independent Investigator Award |
| 1998 | Finalist, Glasgow College International Neuropsychopharmacology (CINP) Young Scientist Award |

| 2000 | Member, SC Alpha Chapter of Alpha Omega Alpha (AOA), the National Honor Medical Society |
| | Circle of Excellence Award for Outstanding Teaching in the Doctoring Curriculum I Course |
| | Honorable Mention, NARSAD Gerald Klerman Award for Clinical Research |
| 2003 | Circle of Excellence Award for Outstanding Teaching in the Doctoring Curriculum I Course |
| 2005 | Elected 'Best Doctors in America' |
| 2007 | Lifetime Achievement Award, World Federation of Societies of Biological Psychiatry (WFSBP) |
| 2008 | NARSAD Falcone Award for Outstanding Research in Mood Disorders |
| 2009 | US News and World Report – '14 Pioneers on the Cutting Edge' |
| | SC Business Journal – Health Care Hero |

MUSC Faculty - Committees

| 1999-2000 | Member, Ad Hoc Committee to Integrate Research with the New MUH Hospital 'Authority                  Status' |
| 1997-2000 | Member, MUSC Institutional Review Board (IRB) |
| 1997-2000 | Member, Ad Hoc Task Force on Feasibility of PET Imaging at MUSC |
| 1997-1998 | Member, Search Committee for Neurology Chairman |
| 1999-2001 | MUSC College of Medicine Faculty Senate |
| 1996-2001 | Member, Undergraduate Medical School Curriculum Committee |
| 2000-2001 | Member, Neuroscience Course Curriculum Change Committee-- |
| 2001-2002 | Chairman, MUSC Psychiatry Grand Rounds Committee |
| 2001-2002 | Member, Radiology Department Chairman Search Committee |
| 2000-2002 | Member, MUSC Pychiatry Department Management Team |
| 2000-2005 | Faculty Advisor, Joint Neurology and Psychiatry Residency |

| 1998-present | Member, MUSC Institutional Review Board (IRB) 1 |
| 2001-present | Director, Specialty Division, MUSC Psychiatry |
| 2005 – present | Chairman, Neurosciences Department Search Committee for Neuroimaging Faculty |
| 2005-present | Co-Chairman, USC BICOE Endowed Chairs Search Committee |

**HOBBIES:**

Sailing, windsurfing, hiking, golf, canoeing, gardening.

**MEMBERSHIPS, CIVIC ORGANIZATIONS:**

Sierra Club
The National Wildlife Federation
The Nature Conservancy
Sunrise Presbyterian Church
Participant, Renaissance Weekend, 1997, 1998, 1999
    Room Father, Soccer Coach